United States District Court
Northern District of Illinois
Eastern Division

RECEIVED

MAY 2 2 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Bobby L. Ford #20110808129

James Simon #20100911183

Keith Walker

(Enter Above The Full Name
of the plaintiff or plaintiffs in
This Action)

12CV4000
JUDGE LEINENWEBER
MAGISTRATE SCHENKIER

vs.

Case No #
(To be Supplied by the Clerk of this Court)

Sheriff Thomas Dart; Director Miller;
Director Ms. Hickerson; Supt. Williams
Thomas; Supt. Holmes; Commandor's
Darcy; Tate; Cozzolind; Plaxico;
Harrison; Martinez; Arce; C/o Smith;
Lt. Maewinter; Lt. Daitt; Sgt. kravskopt; Sgt. Anderson;
Sgt. Nano; Sgt. Torres; C/o Ms. Williams;
C/o Gaughan; C/o Pietryla; C/o Walker;
Food 4 Less Grocery Store; Michael Anderson;
Tammy Hatter; Anthony Stafford; Jackie
Crowell; Five unknown Cook County Staff
John Doe's And unknown Sergent;
City of Chicago Police Larry Dotson;
Brendan J. Roberts; Assist. State Atty.
Susanne Groebner; Michael Vojtai,
And Monique Patterson
(Enter Above The Full Name Of All defendants
in this Action. Do Not Use "Et. Al.")

Check One Only:
___X___ Complaint Under The Civil Rights Act, Title 42 Section 1983 U.S Code
_____ Complaint Under The Constitution ("Bivens" Action), Title 28 Section 1331 U.S. Code
_____ Other

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Co-plaintiffs have never file before and I can't recall all the one's I file.*

B. Approximate date of filing lawsuit: *unknown*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *myself.*

D. List all defendants: *unknown.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal, northern, Southern, Central*

F. Name of judge to whom case was assigned: *unknown*

G. Basic claim made: *excessive force; medical denial*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Won two, lose the rest.*

I. Approximate date of disposition: *unknown.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

1) ON August 8th 2011 I PlaintifF (Bobby Ford) Arrive At The Cook County Jail Dept. oF Corrections; And immediately requested Placement in Protective Custody. upon reading The Sign-in Sheet I Learn That sheet bearing DeFendant Supt. William Thomas Name STATED That All inmates requesting Protective Custody will be unconstitutionally subjected To "twenty-three Hours Lock in Their cells with one Hour out oF Their cells A day.

2.) This cruel And unusual practice has been TAKING PLACE For years illegally under direction oF DeFendant Thomas DART on down; THAT gave orders To DeFendants Director's Miller And Hicketson. PlaintifF reFuse To Sign This Sign-in Form And Began To experience ongoing Calculated ongoing Retaliational reprisal For Filing grievances on MANY unjust wrongs I observe And exprience.

3.) When I got inside The protective Custody unit on 8/09/2011 I witness many unconstitutional devious Violations by STAFF tAKEN PLACE that had been operating For MANY years At The behess oF SheriFF Thomas DART; who in turn gave orders down A chain oF Command To DeFendant Miller; DeFendant Hicketson; who gave orders To deFendant Supt. William Thomas; who gave Their orders of The day To day Operation oF The whole Division Eleven unit To their Agents DeFendants Commander's Cozzolino; Darcy; Plaxico; And Arce; Harrison; Together in A chain oF Command These Top oFFicials deFendants gave orders To DeFendants Lt. MAEwinter; Lt. DAitt; Sgt. KrAvskopt; Sgt. Torres; Sgt. Anderson; ████████; ████ ███ ████ C/o Ms. williams; C/o GAuchan; C/o PieFryla; And C/o wALKER To MAliciously And RecKlessly institute          (4.)

Many gross unconstitutional Sinister Violation; while giving defendants Supt. Holmes And defendant Commander McHale of The Receiving unit and all others Mentioned Tactical Approval of Their Staff To Punish and Retaliate on Each of The Plaintiffs And Anyone Else by Any Means Necessary For challenging Their wrongs done in a blizte Attack From All directions even using The Court As a base of Operations.

3.) Each of The Class-Action plaintiffs Ford; Simons; And Walker; As well As All of Division "11" eleven inmates Similiar Situated began To Experience This Cruel and unusual Punishment and Treatment for daring To File grievances on Staff Cruelty For The Many illegal unconstitutional wrongs we personally And Collectively Experience on each of These issues begining with:

(A) "Protective Custody" inmates in Division "11" Eleven And Division "9" Nine For years From 2009 To Late in 2011 of October was being Lock-in Are cells twenty-three Hours a day with one Hour out The Same As inmates on disciplinary Segregation Status by These Top Official Defendants Sheriff Thomas Dart; Miller; Ms. Hickenson; Supt. Thomas; Cozzolino; Darcy; Plaxico; Arce; Tate; And Harrison.

(B) when wrote a disciplinary report prior To Any Findings of Guilt or due process rights To be Heard First, Protective Custody inmates Are Retaliatory Taken by Staff And House in The Same Hole/Segregation disciplinary Unit or cell As general population inmates; Robb of Are Safety And Portection To Punish us For Speaking out Against Staff wear As we Are often Times beaten-up; deny Are Food; urine And defecation is thrown in the cell on us; Are Food when Serve is Contaminated with Spit because Staff would Allow General Population To Feed us unsupervised As Staff Laugh At Are pleas For Help.

(C) Protective Custody inmates in Division "11" Eleven due process rights To Religious Assembly is; And has been denied For years To Us Fully As we Are NOT Allow To go To The Chapel Like General Population inmates weekly To Practice Are Respective Faith And belief Merely because of Are Protective Custody Status Are rights To Religious Assembly is denied And it wasn't until 12/1/2011 That A Preacher came on The unit in Division "11" we were Cause To Suffer Gross Mental Anguish For years by Defendants in Control.

(5.)

(D) Protective Custody inmates Are deny Jobs equal To Those of General population merely due To Are status As Protective Custody inmates And Force To Remain on the deck All day with Nothing To do. Trap in Are cells; thus turning Are stress; Anixety; borden; Frustrations And Aggression inwardly on each other Causing Many To undergo Psych medication.

(E) Protective Custody inmates Are NOT Allow To go To Any Educational Schooling inside Division "11" unit To help us obtain Are G.E.O. or Some trade skills; or better Are minds in some positive kind of educational way Simply because of Are status As Protective Custody inmates; And Are grievances on This matter are met with Retaliational response.

(F) Protective Custody inmates Are TAKEN To And From COURT on The SAME Bus OR VAN As GENERAL population inmates whereas we Are Sometimes Attack And spit-ons; Punch; And ASSAULTED SEVERElly by General population; even when TAKEN To prison WE Are PUT in harms WAY ON THE SAME Bus As population.

(G.) Protective Custody inmates As well As The whole Division Elevens "11" inmates have no GENERAL ~~District~~ Public Library To take out Books; Novels; MAGAZINES; NEWSPAPERS; To Read. Defendants Collectively have illegally remove or refuse To Build one thus Are minds Suffer Aimlessly into the pit of depression; oppression; And Mental Anguish From boredom.

(6)

(H) Protective Custody inmates have No daily Education Television Funding as Pre-Trial detainees For Movies; Programs; or Video's of Learning use of the inmate benefit Fund To watch And Learn From; As Some oF us Are here For Months And years Fighting Are Cases; thus many of them go Crazy psychologically From the intense pathological dementive physical And mental deprivational suffering daily Routine Enforce by All The deFendants.

(I.) Protective Custody Plaintiffs; New Arrival And old inmates Such As each Plaintiff, As well As General populations inmates Are Ruthlessly deny Are rights To immediate Access To state Funded issue Soap; deodorant; Lotion; Comb; Toothpaste; Toothbrush; boxers, T-shirts; games; socks; cards As These defendants Top To bottom HAVE A many years Long Cruel Rip-off Practice oF Forcing New Arrivals "inmates" in The thousands daily To Accept Too use dingy Torn dirty Sheets And A Blanket And Head To their Assign Housing Unit or suffer being Beaten For complaining About Their rights To clothes And shoes And Hygiene items; while being Force To Fill-out A Request Form; or File A Grievance Form That's gonna be denied For These readily Available items And weeks of waiting; or Months To receive Them iF EVER! Thus inmates Are Force To Steal; Robb And beat up Each other To Care For Their Hygiene needs due To this Systematical malicious Assault on one Natural daily Needs And Tax Funded Supplies Rip-off by Staff in Control Intentional Failure To provide These items As needed immediately on Arrival. Defendant Supt. Holmes And Commandor Ms. Tate Control Receiving Unit inmates new Arrivals.

(J.) Division "11" Protective Custody inmates have no meaningful Law Library Access; we Are given one hour Law library use once every two weeks unless Court order; and no serious training in Civil or Criminal Law, No Paralegal tour The units daily; the state hired Paralegals workers severely Limit Are Copying Needs To three; refuse To Copy grievances Against Staff or Any At All; refuses To Teach us how To File And properly word/write A Motion; refuse To Teach us how To use The Few Legal Books Available; or show us how To type. This combine Cruelty weights heavy on Pro. S.E. Litigators. Ford And Plaintiff Simon was Force To go Pro. S.E.

(K) Protective Custody inmates have no recreational outlet's in The very, very, small Multipurpose Room in Division "11" we Are Allow To play Basketball only with one rim "As Nothing Else is provided "So what's the Purpose in Sending Us To A Multipurpose Room with only one purpose?" This once A week intentional Cruelty has been taking place For years by These defendants And Known by The defendants That Control And enforce These practices!!!

(L) Protective Custody inmates Ford And Simons "Grievances Are Always denied And process by Co-workers of the vary Same Structure we Are grievancing doing The wrong of Are Civil; Humans; And Constitutional rights; Thus Are Complains Fall on deaf-Ear's by STAFF That Sweep Are rights under The table! No STAFF is ever disciplined or Fire For Any wrong doings we Lodge.

(M) Are Food intake is very Anti-productive And Far below The Standard 3600 Calories daily requirement Per-inmate; As we Are Serve no Hot Meals For Breakfast or Lunch; we Are never given no whole Fruits ever; No grits; No pancakes; No Oatmeal; No Juice; No Sauages Are ever Allow AT Breakfast; AT Lunch Time we Are Given only Lunchmeat Sandwiches every Single day that upset Are Bodies Metabolism From The Continuous ongoing Assault Routine; with A Pack of Crackers; or Cookies; or chips Far below Adequate nutritional Calories or Nutriment.

(4) Defendant Pietryla on 8/29/2011 intentionally Aidded my Racist Cellmate To Steal my Commissary by his taking me out The cell And Leaving it All with him inside The Cell; Than Defendant Pietryla Retaliated Again in Another False unsubstantiated charge on 10/04/2011 I was remove From my Protective Custody cell #401 in unit "AH" Division "11" As one Allegedly Trying To Rape my Cellmate And place in The psych unit For "18" days And Never Charge.

(5.) As The charges was deliberately False and drop on 10/05/2011; The same day defendant Pietryla Enter my Protective Custody cell on 10/05/2011 And Allow my cellie that Lie on me To Steal All my Commissary; Hygiene items; shoes; And clothes; As Further Retaliation From Staff defendants Sgt. Nano's; defendant Command Martinez; Supt. Thomas; Director Miller; defendant Cozzolino And others while Pietryla Took plaintiff Ford documents; Court transcripts; grievances; And grievance responses; Legal Mail, And personal mail And threw These papers in The trash can in Hopes To thwart my challenge To Staff constitutional wrongs; while defendants Lt. Daitt; And Cozzolino Assisted this wrong Addressing The grievances But taking No Real Action To stop or Punish Staff doing The wrongs!!

(6) All The While defendants Supt. Thomas; Director Millier; Director Hickerson; Commandor's Martinez; Dancy; Arce; Plaxico; Harrison And Cozzolino kept Plaintiff Ford Administratively House on Single cell status Label As A Rapist because I Sort To grieve The Many Constitutional wrongs I was frame. I And my Co-plaintiff James Simon saw many wrongs; These Defendants Along with Sheriff Thomas Dart was misappropriating or stealing Tax dollars because we inmates was Not Receiving

(9)

what we Rightfully had coming To us For years, even Though The False Libelous charge was in clear Retaliation For exercising Are rights To File grievances And The False Rapist charge was Long clear on 10/05/2011 Defendant Supt. William Thomas when I spoke To him Face To Face (Prior To His transfer To Division nine on January 27th 2011) deliberately refuse To Take Action Against Defendant Pietryla Retaliationally throwing Away my grievances And property doing The dirtywork For them Higher-up defendants, I had compiled Against Him And his Unit staff in Hope that I would be beaten by other inmates that did beat me Bloody And call me Foul names As medical Records will show because of my False status believe I was A Rapist And shank maker because staff Frame me in Retaliation Too make me suffer scandalous Treatment without Any due process of Law To my Lose of Liberty And Reputation. This was did To my Co-plaintiff James Simon As well.

(11.) on 8/31/2011 while Plaintiff was on Protective Custody status in Division "11" eleven And Forcefully being kept in The Hole with General population inmates on The False 8/29/11 charge brought by Defendant Pietryla. I was repeatedly Assaulted by General population inmates that throw urine; defecation; And spit in my Face And Food And call me Foul names while defendants Sgt. Anderson And C/o Walker Stood-by Laughing; This when on between The Hours of 6:00 P.M. 9:30P.M. while defendant Commander Cozzolino intentionally destroye The Camera evidence; while defendant Sgt. Kravskopt came

(9.)

And got ME Around 10:30 P.M. And I was taken To the Hospital For body Fluids exposure treatment. All my Attempts To File charges on STAFF was MET with Extreme Anger response From defendant Krauskopt who intreview me on CAMERA A week Prior To STAFF Bringing The False Retaliational "Shank" charges on me on 9/13/2011 And Fingerprinting me on 9/21/2011.

(8.) ON 12/15/2011 Around 3:30 P.M. while returning From Court Plaintiff was inside of the holding CAGE "A" IN The receiving Unit when I was Viciously Attack; Stump; And beaten by "Five" UNknown STAFF defendants For My kicking on The CAGE Fense.

9.) Plaintiff was AT All Times Secure behind The Lock CAGE by myself when These STAFF Defendants CAME And unlock The CAGE And Open it Then Attack me without provocation; I was grab Around The WAIST And Pick up And SlAm on The Concrete Floor with great Force Causing my LeFt Side of my FACE To hit The Concrete CAusing great Swelling And cracking my JAWbone while damaging my Lower bAck bone; Right Knee And LeFt Rist AreA severely.

(11.)

(10.) After this they hog tie me and shackled me than drag me back into the cage bleeding. All the while this excessive force assault was caught on camera. I file a grievance immediately on 12/15/2011. However it wasn't until 2/06/2012 that defendant Supt. Holmes call me to his office and questions me about the incident. He than had me taken for the immediate medical attention I was denied on 12/15/2011.

11.) But it was too late by than I had heal up for the most part; I could eat and talk straight; my face swelling was gone; I could work my rist with lil pain; I couldn't walk to good as my back and knee still hurt severely. I ask defendant Supt. Holmes for the identity of the "five" defendants and unknown defendant sergent and he refuse to give them to me. Defendant Supt. Holmes ask me if I plan on filing a complaint; I say yes!!

12.) I was taken to the hospital on 2/06/12 by C/o Hein and taken to see defendant Commandor Ms. Tate. She had me fill-out the complaint form; but also refuse to provide me the names of the defendants that attack me between the hours of 3:30 P.M. and 6:30 P.M. I was given a return grievance response on 3/01/2012 with no names to continuously conceal staff identity from me and hamper my civil; human; and

(11.) (12)

Constitutional right To Grieve And Sue. The Assault WAS Sweep under The Rug in A pretense ongoing investigation when Both defendants Could Look back on The Camera And See who they was. I was given A X-Ray on my Knee, Lower back And Jawbone on 3/16/12 To Further document The Excessive Force done on 12/15/2011.

(13.) On 5/28/2011 I inmate Kevin I.D. #2011-05126140 made False Accusations of A Sexual Assault Against Plaintiff James Simons. Kevin was sent To the hospital Allegedly To have A Rape Kit done on him. Although I MR. Simons repeatedly Maintain my innocence; And Sort To View The paperwork Showing my Hair Fiber or D.N.A. Substance on Kevin clothes or The bed NONE of this was done. Plaintiff Simon was unconstitutionally Sent To Segregation A.K.A. The "Hole" With general population inmates while on Protective Custody Status And the escorting OFFICER Told them I was there For Rape Placing me in harms way. The Hearing board Found Plaintiff Simon Not Guilty...

(14) On 7/15/2011 Ms. Williams intentionally ignored my Pleas of A problem And possible Fight with me And my celly. She intentionally with Malice disregard Left me in harms way. While C/O Defendant Gaughan on The Next Shift inform me that he would Let Defendant Sgt. Torres Know of The problem

I was having with my collie MR. Land. I was let out the cell to talk with a white shirt Lieutentant However, nothing was done to separate us! I was handcuff and put back in the cell with MR. Land who attack me. While a unknown correctional officer came back 15 to 20 minutes later and ask MR. Land did he want to press charges on me. And this evidence on the camera will show I sort removal from MR. Land to the point I got on my knee and beg each defendant to please respect my right; but, staff maliciously & sadistically ignore my civil, human, and constitutional rights to be free of any cruel and unusual punishment or treatment. I was again single out and wrote up for asking for help. And the hearing board found MR. Simon not guilty Plaintiff Simon has suffer gross mental anguish, emotional distress with defamation of my character due to staff continuous retribution against me.

18.) On seeing plaintiff Simon was found innocence % Defendant Gaughan began to violate my First Amendment rights in that he began to censor and inspect my legal mail mark privilege open only in front of inmate on 8/18/2011. Than stated to me to file a grievance a hundred times; just spell my name right; thereby letting me know the grievance process is gear to work in staff favor... meaning no meaningful consideration will be shown to us inmates!

16.) On 8/19/2011 I/m L. Robinson I.D.#2011-0810026 Told Defendant Gaughan At Count Time I had Rape him. C/o Johnson #9147 Told Defendant Krauskopt This same inmate Robinsons had came in last night saying The exact same thing About Another inmate. These False bare Allegations were never substantiated. However, Defendant Sgt. Krauspot stated To the Lieutenant we got Simon Ass because I'm sick of his Ass writing grievances Anyway. Both I And I/m Robinson was sent For Medical exams an A psychiatrist Along with A Doctor STAFF Member cleared me of All these False Accusations. However on 8/19/11 Robinson Ask To press charges And I was seen by the chicago police on 8/31/2011 while The C.C.O.C. hearing board once Again Found PLaintiff Simon Not Guilty of Any wrong doing.

17.) On 9/1/2011 Defendant Scott Put Mr. Bellmon I.D.#2011-034031 in The cell with me Knowing Bellmon was on House Alone; out Along As one psychatic And deeply distrubed. On The Next Shift I Ask Defendant Smith who in turn Told me To Fuck or Fight; I Ask For A Lieutenant; Defendant Smith refuse And Told me To File A Grievance! He don't give A Fuck! I then try To talk To Defendant Lt. Maewinter The Next Day But he stated To me He has bigger problems. On 9/9/2011 I TALK To Commandor Cozzolino who in turn without ever confronting The issue inform me They was gonna do Their Normal Routine And deny it And he was was going To Accept His STAFF word!!

(15)

18) The Allegations/Accusations Ford & Simon cites in this complaint and their many grievances are quite serious. The matters should have been referred to a unbias tribunal or fair and just internal affairs for investigation against staff; and Mr. Simon and Mr. Ford should have been provided with documentation of the outcome of each investigation; and the reason for the action or inactions of staff.

19.) The Conduct of staff placing Mr. Simon in harms way and causing Mr. Ford great harm for exercising his rights was sufficiently serious to invoke the due process right the Fourteen Amendment Mr. Simon and Mr. Ford cites which states that discipline shall not be imposed because of the use of the grievance procedure.

20.) The staff members avers that they wrote the disciplinary reports because they believe Mr. Ford and Mr. Simon intended to Rape, Harass, Beat, Hide Contraband or Harm other inmates, but, this cover-up was again, and again found to be retaliatory reports on both Mr. Ford and Mr. Simon in violation of both inmates Constitutional rights; And those that when forward to a guilty verdict was frame up out of pure malice for Mr. Ford audicity to challenge the systmatical wrongs of the hierarchy rule those findings were in violation of the inmates 1st. 4th, 8th and 14th Amendment of the united States Constitution.


(16)

21) In the First Amendment context a detainee retains all legal rights then a convicted prisoner. So long as those rights are not inconsistent with his status as a pre-trial detainee or with the legitimate penological objectives of the Cook County Dept. of Corrections; illegitimate penological deceit is not consistent. Restrictions on First Amendment rights are Constitutional if they are Reasonably related to Legitimate interests "thus Defendant Gaughan Tampering with Mr. Simon mail was Constitutionally illegal.

22.) Assaulting Mr. Ford and throwing away his property for exposing the Rip-off of Tax payers money was not Reasonably related to any Legitimate interests. All defendants that sweep it under the rug was Liable for the wrong. This in turn brings the matter back to the issue of Retaliational Grievances denials; And no Adequate Address by Higher up Supervisory in position to Correct the wrong As each Commander could of order time off without Pay for each of the Staff involve for Violating Protective Custody inmates rights. Mr. Simon and Mr. Ford human; civil; And Constitutional rights was Violated daily.

23.) All of the Protective Custody inmates had to suffer many of the Same Constitutional wrongs set-out in this Complaint because defendants Sheriff Thomas Dart; Director Miller; Director Ms. Hickerson; Supt. Thomas gave orders to Commander's Harrison; Tate; Darcy; Martinez; Arce; Plaxico And Cozzolino who gave day to day orders to defendants Lt. Mae winter; Lt. Daitt; Sgt. Kravskopt; Sgt. Anderson; Sgt. Torres; C/O Pietrylm; C/O walker; C/O Gaughan; C/O smith; C/O williams; And Sgt. Nano along with Several others officers to Allow Punishment And clear Retaliation by Chicago Police officer Dotson and Roberts Assisted by States Atty Susanna Groebner And Michael Vojta to go uncheck Against Anyone they which to Punish in the Court of Law that expose the Rip-off of State Funds with unmitigated deprivation Carried out daily.

(18.)

24.) The Court has Jurisdiction of This Action Under 42 U.S.C. §1983 And under 28 U.S.C. §1983; Plaintiffs Ford And Simon Seeks Too have This Complaint made into A Class-Action Lawsuit To Help All Protective Custody inmates Similiar situated.

25.) Each Plaintiff is A Citizen And Resident of the State of Illinois And A Citizen of the Under States; Each of the Defendants was; AT All Times material To this Complaint; A duly Appointed Employee of Either The Cook County Jail Dept. of Corrections; or A Food 4 Less Employee; or A Chicago Police With The City of Chicago; or A duly Appointed Assist. State's Attorney Employee working inconcert To The illegal Constitutional With in Their individual or Collective Capacities Rather For The department of Corrections Cook County Jail Dept. of Corrections or Not.

26.) On August 06th 2011 Around 12:30 A.M. Plaintiff (Bobby Ford) Enter The Food 4 Less Grocery Store And purchase The Following items; Nine bags of Ice; 48 Bottles of water; 4 six pack of Countrytime Lemonade pop; 2 six pack of Hawaiian Punch drink; 1 Sunkist 6 pk; And 2 six pack of Rc Cola pop.

27.) When I got To The Cashier Defendant Jackie Crowell And Pay $58.61¢ For my merchandise I had To use The bathroom; So I push The Cart back Away From The Cashier because The bathroom is in Aisle 14 or 15; while in There I unbeknowingly drop my receipt. When I return About 15 Minutes Later I Began To Push The Cart Pass The checkout Counter Cashier Defendant Jackie Crowell when she stops me And Askes For

(19)

My receipt. I give HER what I thought was my receipt, As I try To keep All my receipts For Tax write purposes. I don't recall how I Lose or drop This LAST receipt in The Bathroom.

28.) She Tells me it's The wrong receipt, I explain To HER I must HAVE Lose my receipt in The bathroom, I'll go And get it, she Tells ME To go enstead To Customer Service And explain it To Them. I didn't think much of it, So I push The buggy over To Customer Service desk.

29.) When I get There DEFENDANT Tammy HATHER who is The MANAGER There Listening To what I SAY; I began To Tell HER what Just happen. I Tell Her I must Have drop The receipt in The BATHROOM CAN I go get it? As I'm explaining This To Her DEFENDANTS Michael ANDERSON And Anthony STAFFord who I LATER LEARN is SECURITY Comes To ME And Tells me To Cuff-up I Ask For what? They Tell ME For STEALING.

30.) I Tell Them I Ain't Stealing NOTHING. The CASHIER SENT ME over here To explain To Customer Service what happen To my receipt. immediately They Attack me And A tussle begans on CAMERA; I'm TAKEN down And Handcuff And Falsely charge with Retail theft, IN Violation of My due process rights To be Free of ANY Cruel And UNUSUAL Punishment AND TREATMENT.

31.) DEFENDANT STAFFORD Testifies AT The Preliminary HEARING Held on 8/31/2011 That He indeed did recover The Missing receipt in The BATHROOM; But, NEVER produces it; He go's on

To claim it was a receipt from two weeks ago. How are we to know this since he fails to produce it at the hearing.

32.) Afterwords Defendants of the Chicago Police Department comes by the names Larry Dotson and Brendard J. Roberts. They ask me in the store what happen; I clearly tell them the whole story and ask them to go and get the cashier Jackie Crowell and my receipt out of the bathroom but, they refuse to do so for the receipt But, go's and get the cashier.

33.) Defendant Stafford tells them ain't no receipt in the bathroom and the cashier tells them yes that's the man that I sent to Customer Service! They take me unlawfully to the police Station in Violation of my Fourth Amendment whereas these two Defendant officers Book me and take $355.00 dollars off my Person; inventories it but, the money is never return over to me. I sent my cousin Reginald Collins to pick up my property and money; However they tell him to go to 1011 So. Homan to get my property and money.

34.) My cousin go's to 1011 So. Homan to pick up all of my property and everything but; my money and glasses is given to him. They tell Him I'll have to write them for my money. I write repeatedly asking to have my money forward to me at the Cook County Jail; But, it's never sent to me.

35.) On March 14th 20●● The Charge of Retail th●●t was Nolle Pros dismissed. Resulting in me being Unlawfully Falsely Arrested on 8/06/2011 by Store Security Defendants Anthony Stafford And Michael Anderson And Falsely Taken into Custody by The defendants Chicago city Police Department Defendants Larry Dotson And Brendard J. Roberts.

36.) As A Result of This original False Arrest Plaintiff was Eighty-Nine days into his Legal right And demand For Trial on The Retail Theft Fake charge; but was deny his Lawful day in Court To prove his innocense For The Retail theft And Frame For A Jailhouse Greater offense while in The Cook County Jail. Had Plaintiff not been Falsely Arrested in The First Place I would of Never been in The Cook County Jail To be Frame Violating my rights Under The 4th 8th And 14 Amendment of The U.S. Constition.

37.) Plaintiff Claims That defendants Susanna Groebner And Michael Vojta working For The State's Attorney office working with The Department of Corrections Cook County Jail Defendants denied my due process rights To A trial on The Retail Theft Charge on 3/14/2012 Because it would of Expose The Fact That Plaintiff Had illegally been Taken into Custody on 8/06/2011 And Later on Frame by The Cook County Jail For Seeking To Expose A Major Rip-off scheme of Tax payers money by The Department While Public defender Ms. Monique Patterson Conspiritorially intentionally Refuse To Raise The many Trial Errors on Her

Motion For A New Trial.

38.) Thereby Not Raising My Many Pro. Se. trial errors; but only Raising My mental State To be Fit For trial thus she was making My Appeal Completely ineFFective on Review by A Higher Court in So doing Aidding my demise Further while Plaintiff was Sentence To Fourteen years Maliciously imminent Danger OF Lose oF Liberty with no possible way To Come back on Appeal because she Fail To preserve my Rights At The district Court Level by Not Raising Them in Her Motion. This in turn Aidded The Department oF Corrections deFendants !!! And Food 4 Less DeFendants Grocery Store Are equally Liable For Their False Arrest As well As The city Chicago Police Department DeFendants, And Finally And Most Disturbing OF All is That I Face The imminent Danger oF dying in prison For A OFFends I didn't Commit because I SuFFer From A Chronic Medical/weights heavy on plaintiFF's Mind!!!
                    Condition

                                    End oF Complaint.

                                    /S/ Bobby Ford

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. EACH Plaintiff SEEKS judgment Against The Cook County Dept. oF Corrections Defendants Collectively in Their individual And oFFicial CApacities oF $140,000,000 Million dollars Compensatory damages; And $100,000,000 Millions dollars in Punitive damages For Violations oF ARE 1st,5th,8th And 14 Amendment Rights And Privileges; And immunities As guaranteed by The U.S. Constitution. #2) Plaintiff Ford SEEKS judgment Against The Food 4 Less Grocery store defendant And store owners oF $10,000,000 Million dollars Compensatory damages; And $50,000,000 Million dollars in Punitive damages For Violation oF my 4th, 8th And 14th Amendment Rights As Guarantee by The U.S. Constitution in Their individual And official Capacities. 3) Plaintiff SEEKS judgment Against The City oF Chicago Police Dept. defendants 8 1 millions dollars Both Compensatory damages And 5 Million dollars Punitive damage

## VI.    The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO Action And Such other
For FAlse ArrEst in Their individual And oFFical CApacities. Plus The Cost oF This Action And Such other relief The Court deems. Pursuant To F.R.C.P 11 Plaintiff Ask That The Court issue All Summons And serve on EAch defendant. CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _15th_ day of _MAY_, 20_12_

_Mr. Bobby J. Ford_

(Signature of plaintiff or plaintiffs)

_Bobby L. Ford_
(Print name)

_N-20126_
(I.D. Number)  _Pinckneyville Corr. Center_
_P.O. Box 999_
_Pinckneyville Ill. 62274_
(Address)

Revised 9/2007

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information

**SECTION I: DISCIPLINE REPORT**    Division: XI    Date of Infraction:

Detainee's Name: FORD, Bobby    ID#:

Detainee's Living Unit: A-1    Place of Incident: G.H.

☐ Category I   ☐ Category II   ☐ Category III   ☐ Category IV   ☐ Category V   ☐ Category VI

Description of Charge(s) & Code(s):

Detainee Injuries: ☐ Yes ☐ No   Medical Attention ☐ Yes ☐ No   Name: Ford, Bobby

Staff Injuries: ☐ Yes ☐ No   Medical Attention ☐ Yes ☐ No   Name(s):

Victim Report: ☐ Yes ☐ No   Reported to Internal Investigation: ☐ Yes ☐ No

Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:

_(handwritten, largely illegible)_

Disciplinary Report Delivered to Detainee By (Name and Star #):   Date and Time Delivered:

Detainee's Signature: Refuse to sign

Reporting Employee / Signature & Star #:

Reviewing Supervisor / Signature & Star #:

Superintendent or designee's Signature:

**SECTION II: DISPOSITION BY DISCIPLINARY HEARING BOARD**   Date of Hearing:

Detainee Requested Witnesses ☐ Yes ☐ No   Waive 24 Hr. Notice ☐ Yes ☐ No   Representative/Interpreter ☐ Yes ☐ No

Detainee Witness:    Living Unit:    Detainee Witness:

Detainee's Plea to Charge: ☐ Guilty As Charged ☐ Not Guilty

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

_(handwritten, largely illegible)_

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

**IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT: ("X" APPLICABLE BOX)**

☐ GUILTY AS CHARGED   ☐ NOT GUILTY   ☐ INVALID REPORT   ☐ 72 HOURS EXPIRED   ☐ TIME RESTRAINT

Disciplinary Hearing Board's Finding Is Based On The Following Information:

☐ DETAINEE REPLY/DISCIPLINARY REPORT   ☐ OTHER

Disciplinary Hearing Board Recommends The Following Action:

Start Date of Action: 08/26/11    End Date: 09/18/11

Disciplinary Hearing Board Member Signature/Title/Date:

If found guilty of disciplinary action, you have the right to appeal to the Superintendent.
The Superintendent will render a decision within 72 hours of the receipt of the appeal.

White - Disciplinary Hearing Board's Copy
Pink - Detainee's Copy After Hearing

Yellow - Superintendent's Copy
Goldenrod - Detainee's Copy Prior to Hearing/Notice of Charge(s)

Exh. DO1

Case: 1:12-cv-04000 Document #: 1 Filed: 05/22/12 Page 24 of 81 PageID #: 24

## COOK COUNTY DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information

| SECTION I. DISCIPLINE REPORT | Division: | Date of Infraction: |
|---|---|---|

Detainee's Name:

Detainee's Living Unit:     Place of Incident:

☐ Category I    ☐ Category II    ☐ Category III    ☐ Category IV    ☐ Category V    ☐ Category VI

Description of Charge(s) & Code(s):

Detainee Injuries: ☐ Yes   ☐ No   Medical Attention: ☐ Yes ☐ No   Name(s):

Staff Injuries: ☐ Yes   ☐ No   Medical Attention: ☐ Yes ☐ No   Name(s):

Victim Report: ☐ Yes ☐ No    Reported to Internal Investigation: ☐ Yes ☐ No

Material Confiscated/Evidence Bag # (attach photocopy of evidence)

**Description of Incident:**

(handwritten, largely illegible)

Disciplinary Report Delivered to Detainee by (Name and Star #):    Date and Time Delivered:

Detainee's Signature: REFUSED TO SIGN

Reporting Employee / Signature & Star #:    CCDOC Personnel Who Witnessed Infraction

Reviewing Supervisor / Signature & Star #:    Name and Star (printed):

Superintendent or designee's Signature:    Name and Star (printed):

| SECTION II. DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: |
|---|---|

Detainee Requested Witnesses: ☐ Yes ☐ No   Waives 24 Hr. Notice: ☐ Yes ☐ No   Reprimand Without Hearing: ☐ Yes ☐ No

Detainee Witness:    Living Unit:    Detainee Witness:    Living Unit:

Detainee's Plea to Charge: ☐ Guilty As Charged   ☐ Not Guilty   ☐ Detainee States While Attending Hearing

Detainee's Statement Regarding Infraction: (Use Continuation Sheet if Necessary)

DETAINEE SIGNATURE

Testimony of Witnesses: (Use Continuation Sheet if Necessary)

**IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT ("X" APPLICABLE BOX)**

☐ GUILTY AS CHARGED   ☐ NOT GUILTY   ☐ DISMISS REPORT   ☐ DOUBLE JEOPARDY   ☐

Disciplinary Hearing Board's Finding is Based On The Following Information:

☐ DETAINEE REPLY/DISCIPLINARY REPORT   ☐ OTHER

Disciplinary Hearing Board Recommends The Following Action:

Start Date of Action:    End Date:

| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date |
|---|---|---|

If found guilty of disciplinary charges, you may appeal to the Divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy    Yellow - Superintendent/Divisional File

Pink - Detainee's Copy After Hearing    Goldenrod - Detainee's Copy Prior to Hearing in Advance of Charges

# COOK COUNTY DEPARTMENT OF CORRECTIONS

## DETAINEE RESTITUTION CLAIM FORM

PLEASE PRINT OR TYPE INFORMATION.

| 1. NAME OF DETAINEE | 2. I.D.# | 3. D.O.B. | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|---|
| Ford, Bobby | 2011080329 | 01-18-63 | 27 Aug 11 | 1845 |

| 6. PLACE OF INCIDENT | 7. DIV. | TIER | 8. DESCRIBE DESTROYED PROPERTY | COST |
|---|---|---|---|---|
| AH Cell 408 | XI | A8 | a. Metal light Fixture | $ |
| | | | b. Queen sheet | $ |
| | | | c. | $ |
| | | | TOTAL | $ |

**9. DESCRIPTION OF CHARGE CODE. CATEGORY V - 505. Damaging or altering government property** (e.g. uniform, bedding, linen, furnishings, Fixtures and equipment).

**10. DESCRIPTION OF INCIDENT:**

I HAVE BEEN FOUND GUILTY AS CHARGED AND WILL BE REQUIRED TO PAY RESTITUTION IN THE AMOUNT STATED ABOVE:

DETAINEE'S SIGNATURE: _____ DATE: _____

HEARING BOARD WITNESS SIGNATURE: _____ DATE: _____

DIVISIONAL SUPERVISOR'S SIGNATURE: _____ DATE: _____

DIVISIONAL SUPERINTENDENT'S SIGNATURE: _____ DATE: _____

PART I – DISCIPLINARY HEARING BOARD'S COPY        PART II – SUPERINTENDENT'S DIVISIONAL FILE COPY

PART III – DETAINEE'S COPY AFTER HEARING        PART IV – TRUST DEPARTMENT FILED COPY

Poss of COACA (Shank) Battry

**INCIDENT REPORT**

ase Print All Information                                          Effective: 04/09

| vision/Unit: | X | Living Unit/Location: | HH L 3rd 408 |
|---|---|---|---|
| cident Date: 29 Aug 2011 | | Incident Time: 1845 HOURS | |

| juries/Hospitalization: | ☒ Yes ☐ No | Contraband Found: | ☒ Yes ☐ No |
|---|---|---|---|
| straints/Force Used: | ☒ Yes ☐ No | Property Damage: | ☐ Yes ☒ No |
| eapon(s) Involved: | ☒ Yes ☐ No | OPR Notified: | ☐ Yes ☐ No |
| rest(s) Made: | ☐ Yes ☒ No | ADO Notified: | ☒ Yes ☐ No |
| cident Videotaped | ☒ Yes ☐ No | Videotape No. 11-11-245 | |
| deotape No. 11-11-245 | | Videotape No. 11-11-245 | |

| mate(s)/Personnel Involved: | ID/Star #: | Witnesses to Incident: | ID/Star #: |
|---|---|---|---|
| c. Pietryla | 8641 | FORD, BOBBY LENN 2011-0106029 | |
| . VUSTI | 505 | | |
| ycinski, Janusz | 2011-0612107 | | |

## Statement of Facts: (Narrative)

Above DETK AND TIME R/O Pietryla #8641 opened cell 408 for their Hour Out. HH11 was informed Detainee Kopycinski, Janusz #2011-0612107 that he was attacked by his cellmate FORD, Bobby Lenn 2011-0106029 on the 7-3 shift and that Detainee Ford was in possession of a weapon. R/O observed atches on Kopycinski's neck (right side) and then questioned Ford, Bobby about the incident. Detainee ed stated there was an altercation and as he was talking, Ford placed his right hand under his tress on the top bunk. R/O ordered him to step away from his bunk and place his hands on the ll and he refused. R/O could see some white shiny metal that Detainee Ford was trying to grab. R/O n gave him an order to step outside the cell and he refused and stated "I don't do shit." R/O then ered cell to secure Detainee Ford for R/O's and his cellmate's safety. R/O grasped his arm d placed him on the wall and inmate Ford began resisting so R/O took him to the ground. C. Vusti #505 observed R/O Ofc 8641 and came to assist in securing him. Detainee Ford was ed cuffed and taken off tier with no further incident. Detainee Kopycinski was treated and eared by Nurse Clarke in Dispensary. Sgt. Torres notified.

| gnature & Star # of Reporting Personnel: | | Date: | Time: |
|---|---|---|---|
| Ofc 8641 | | 29 Aug 2011 | 1940 |
| gnature & Star of Supervisor: Sgt Torres C #105 | | Date: 29Aug11 | Time: 20 30Hrs |

## Administrative Assessment:

LT notified of incident by Sgt. Torres. R/LT responded to cene. R/LT interviewed detainee Ford in multi-purpose room. etainee was in restraints, secured upon R/LT's arrival. Detainee TATED THE weapon was not his. He transferred to living unit H on 7-3 shift. He stated that him and his cellmate exchange words, but never fought with each other. Detainee ORD stated that detainee Kopycinski was making threats

| ignature & Star # of Supervisor: R/LT R. Orndll # 207 | Incident Tracking No.: 11-08-11-0783 | Date: 29TH AUG 2011 | Time: 2100 Hours |
|---|---|---|---|

art I - Executive Director (white)                    Part III - Assistant Executive Director (pink)
rt II – Superintendent (canary)                       Part IV - File (goldenrod)

Exh 004

Please Print All Information

GOU 04/09
Effective: 04/09

Incident Date: 24 Aug 2011 | Incident Time: 1845 Hours

## Continuing Statement of Facts (Narrative):

Detainee Ford was sent for Psych evaluation. After seeming quite out of ... and ... out of sequence with ... in ... appearance ... sign ... in ... the ... Ford ...

... about inflicting harm to religious leaders and other people that bother him in the world. R/M ordered detainee Ford taken to RCDC psych unit for prem. psych evaluation due to weapon in cell and his erratic behavior/speech towards ...own staff. Detainee Ford stated to R/M that he presently takes psych medication, detainee will be seen by medical staff in RCDC/CRMMF medical area for precautionary medical evaluation/treatment. Detainee (Kopycinski) was cleared by medical staff who was returned to living unit AN cell #408. Detainee Kopcinski was interviewed on video tape # 11-11-245, stated

## Continuing Administrative Assessment:

...e wished to press charges. Signed complaint request form ...n presence of Sgt Torres. Sgt Torres videotape detainee's ...cial area to show small scratches on his neck region ...on alledged altercation. Detainee Ford will be written ...e on disciplinary report, if cleared by psych staff will be ...laced in segregation under segregation/PC status pending the ...cision of the hearing board. Detainee will be seen by ...DC medical staff in RCDC after psych evaluation. The weapon ...n question appears to be metal (frame) (blanket) from light ...ousing in cell; 15" inches approximately. Torn blue bed sheet ...rap on cell for grip. The weapon was placed in evidence ...ag serial # L173989, and turned over to the (contraband)

rt I – Executive Director (white)
rt II – Superintendent (canary)

Part III – Assistant Executive Director (pink)
Part IV – File (goldenrod)

GOU 04/09

Exh. 005

Please Print All Information

GOU 04/09
Effective: 04/09

Incident Date: 29TH AUG 2011    Incident Time: 1845 Hours

### Continuing Statement of Facts (Narrative):

SAFE IN THE Security office in division FIVE. R/LT contacted DIVISIONAL Supt. THOMAS VIA PHONE CALL OF INCIDENT. R/LT CONTACTED External Operations ADO COMMANDER MARTINEZ. OF INCIDENT. R/LT contacted PL-OPS OFC. Moniz #7053, AT 2053 Hours. Tracking number was issued. Copy of Reports will BE FAXED TO 3831(CLSP) 4761(CIU).

*2105 HRS: R/LT INFORMED ADO COMMANDER MARTINEZ OF INCIDENT VIA PHONE CALL.

LT R. D#207

### Continuing Administrative Assessment:

Part I – Executive Director (white)
Part II – Superintendent (canary)

Part III – Assistant Executive Director (pink)
Part IV – File (goldenrod)

GOU 04/09

Exh. 006



Exh.007



Exh. 008

SHERIFF'S POLICE DEPARTMENT

# SUPPLEMENTARY REPORT

| | REPORT/BEAT | SUPERVISOR/COMMANDER | CASE REPORT # |
|---|---|---|---|
| | 999 | 999 | **11-160325** |

| 4. ORIGINAL OFFENSE & CLASSIFICATION | 5. RECLASSIFIED TO | 6. IS FURTHER POLICE ACTION NECESSARY |
|---|---|---|
| Interference w/Public Official (Possession Of Contraband In A Penal Inst.) | DNA | YES ☐ NO ☒ |

| 7. VICTIM OR FIRM NAME | 8. ADDRESS | 9. TELEPHONE |
|---|---|---|
| Cook County Department of Corrections | 3015 S. California Ave. Chicago, IL. | (773) 869-6518 |

| 10. LOCATION OF INCIDENT | 11. DATE AND TIME OF ORIGINAL OCCURANCE | 12. DATE AND TIME INCIDENT REPORTED | 13. STATUS |
|---|---|---|---|
| Division XI / AH | 29 Aug 11 / 1845 | 29 Aug 11 / 1845 | CLEARED ☐ PENDING ☒ UNFOUNDED ☐ FILED ☐ |

14. IF CASE CLEARED, HOW CLEARED

ARREST &    EXCEPTIONAL
☒ PROSECUTION ☐ EXPLAIN

### THIS IS A CCSPD-CRIMINAL INTELLIGENCE UNIT CLEARED AND CLOSED REPORT

| | |
|---|---|
| DATE & TIME ASSIGNED: | 30 Aug 11 1000 hours |
| VICTIM: | State of Illinois |
| OFFENDER: | FORD, Bobby M/B 18 Jan 63<br>Inmate CIMIS: 20110808129<br>6022 S. Honore<br>Chicago, Illinois 60649<br>IR: 597130 |
| LOCATION OF OFFENSE: | Cook County Department of Corrections<br>Division XI / AH / Cell 408<br>3015 S. California Ave.<br>Chicago, Illinois 60608 |
| DAY / DATE / TIME: | Monday August 29, 2011 1845 hours |
| EVIDENCE: | Inventory #6829-11 |
| MANNER / MOTIVE: | Inmate FORD had a weapon (shank) in his cell under his mattress. |
| NOTIFICATIONS: | ASA RUTKOWSKI, approved charges at 1240 hrs September 21, 2011. |
| PERSONNEL ASSIGNED: | Investigators J. McCAFFREY *499 / C. PLYBON *253 |
| WITNESS: | PIETRYLA, Jacob M/W 30 Aug 80<br>Correctional Officer *8641<br>3015 S. California Blvd.<br>Chicago, Illinois 60608 |

19. SUBURBAN COMPLAINT #    DNA

20. CASE REPORT #    11-160325

| 15. REPORTING OFFICER(S) TYPE OR PRINT | STAR # | | STAR # | 16. DATE & TIME OF REPORT |
|---|---|---|---|---|
| Investigator J. McCaffrey | 499 | | | 21 Sep 11 / 1800 hrs |

| 17. REPORTING OFFICER(S) SIGNATURE | STAR # | | STAR # | 18. SUPERVISOR APPROVING SIGNATURE |
|---|---|---|---|---|
| *[signature]* | 499 | | | |

Exh. 009

Part-A / Control *2011 X 2125*

Referred To: *Supt Div 11*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE *Page 1 of 2*

Detainee Last Name: **Ford**     First Name: **Bobby**

ID #: **2011** - **0808129**   Div.: **11**   Living Unit: **AJ**   Date: **09/01/11**

BRIEF SUMMARY OF THE COMPLAINT: ON 8-30-11 A young 18 yrs old "D.C. F.S. F/m was put inside of Segregation with me by the name of Tyree Naylor. We both were on Protective Custody status. Cook County Jail D.O.C. As a Dangerous ongoing Practise of Housing Protective Custody inmates with General Population inmate inside of the same Segregation unit. As soon as a P.C. inmate comes into Seg. General Population attacks that inmate and Labels him Either Gay or a Stooge Pigione or Snitch then Staff Leaves the P.C. inmate intentionally in Harms way by Letting out of their cells several General population inmate to Pass-out dinner trays to all of the inmates on Seg. Status including Protective Custody inmate, while the officer Leaves off the Wing. Thereby giving the General Population inmate the go Ahead to Attack the inmate in P.C. This Dangerous Housing of P.C. Seg. inmates with several Population inmates in the same Seg. Unit has been taking place for years as a cruel form of retribution by staff against P.C. inmates. As I was saying the Youngster was put in the Seg. Cell with me. I'm 48 yrs old, And from day one we began to have a communication Problem. I try to over Look his talking disrespectful to me and Help him. But he wasn't having that, on 8-31-11 he goes to Court and upon return he starts talking crazy. I tell him to Have the Police move him. He lies to ℅ Walker and tells him I was touching on him and I intimidating him. This in turn causes G.P. F/m to get at me not knowing this youngster is lying. they begin to spit in my food tray; throw piss And shit in my face. All the while I'm calling the ℅ Walker. He's laughing watching this. when the Lt; Sgt. ℅ Walker comes Hours Later After I had to Flood the gallery they refuse to move me out of Harms way and even though I point out each of the inmates that Assaulted me Sgt. Krauskoff; ℅ Walker; ℅ Sims; ℅ Clark does Nothing About it thereby giving their Approval the same As the Lady Lieutenant did; And Lady Sgt Earlier. I as taken to the Hospital at 10:30 P.M. After I had for two day been repeatedly Assaulted As ℅ Walker work 3:00 to 11:00 P.M. shift. I am mark for death my these gang members Aided by staff.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: My water was cut off by C/o Clark And Sgt Krauskoff has he taken to the first floor for treatment. on 9/01/2011 At 10:30 P.M. After he to Left me to be Violently Assaulted earlier!! I declare A Hungry Strike at Dimg

ACTION THAT YOU ARE REQUESTING: I am requesting to be taken out of Segregation Housing with General Population inmates. I request Each of these staff member to given time off for violating my constitutional rights; statutue rights under the 8th and 14 Amendment of the U.S. Constitution.

DETAINEE SIGNATURE: *Mr. Bobby Ford*

C.R.W.'S SIGNATURE: *V. Butler*     DATE C.R.W. RECEIVED: *9. 7. 11*

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 010

Part – B / Control **2011** x **2/25**

---

### C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: **FORD**          First Name: **Bobby**          ID#: **2011 - 0808129**

Is This Grievance An Emergency?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: *Detainee alleges lack of assistance with addressing various issues related to his well being.*

C.R.W. Referred Griev. To: **Supt Div 11**          Date Referred: **9/7/11**

Response Statement: RCmdr reviewed tapes on wing but found nothing conclusive to back up Inmate Fords allegations. When a p.c. inmate goes to segregation he loses his p.c. status until he comes off the wing. RCmdr interviewed Ofc Walker and he stated that there were no incidents on wing that he was aware of

| | | | |
|---|---|---|---|
| **Cmdr Cozzolino** | **Cmdr Cozzolino #30** | Date: 09/09/11 | Div./Dept. **11** |
| (print - name of individual responding to this griev.) | (signature of individual responding to this griev.) | | |
| **Supt W.Thomas** | **Supt W.Thomas #28** | Date: **13 Sept 11** | Div./Dept. **X** |
| (print - name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | | |
| **J Mich...** | | Date: 9/15/11 (N) | |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | | |

Date Detainee Received Response: **09/15/2011**    Detainee Signature: **Bobby Ford**

---

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAIN... RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **09/15/2011**

Detainee's Basis For An Appeal: *That The incident of inmates Assaulting me is true And they were B.P. inmates And I don't lose my status as P.C. simply because I'm sent To seg. I want my constitutional rights truely address or this matter will go to court on all involve.*

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
*Original Response to Stand; however, inmate may request to file a registered complaint.*

Appeal Board's Signatures / Dates: _____   _____   **11/8/11**

Date Detainee Rec'd the Appl. Bd.'s Response: **11/10/11**    Detainee Signature: **Bobby Ford**

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 011

Part-A / Control# *2011* X *2125*

Referred To: *Supt DIV 11*

~~Disposition~~

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE *(Page 2 of 2)*

Detainee Last Name: **FORD**          First Name: **BOBBY**

ID #: **2011-0808129**  Div.: **11**  Living Unit: **AF**  Date: **9/02/2011**

BRIEF SUMMARY OF THE COMPLAINT: The REASON I AM writing This Second Grievance on The same issue is because I was Intreview by Sgt. Krauskopf on 9/2/11 And I clearly Inform him it was five General Population Inmates that Violently Assaulted me while I was Housed in unit "AF" which is use As Segregation for Both protective Custody Inmates And General Population Inmates which is A clearly Establish violation of my constitutional rights To Be free from Any cruel And unequal punishment or Treatment that Violates my due process rights To Be free And safe from Any Inmates of the General Population, which is why I sign into protective Custody. And To Walker, To Sims; To Clark; Sgt. Ms. Lewis; And Sgt. Ms. Anderson As well Sgt Krauskopf that inordinately delay putting A stop To The cruel Attack while The damage was done. I'm asking that the Social worker preserve The camera footage from 8-30-11; 8-31-11 And 9-1-11 for evidence To see The many hours I was Left At The Mercy of General population Inmates that Violently Assaulted me while staff cut-off my water And ignore my pleas for Help, even refusing To Allow me To press full charges on All The Inmates involved As well As staff that stood Around doing nothing. I'm being set As A mark p.c. Inmate because I'm speaking out Against The criminal Injustice being done Against me. I Am In fear of ~~my~~ my safety Because I Am told I Can't have All the inmates involved taken To Court. As well As staff that was involve it is At this point that I deeply fear for my health And safety. I'm Asking Commander's A.R.C; Darcy; plaxico; cozzlino; And director Miller; As well As I/A officers To please protect me from staff retaliation for reporting this incident. I was Made To Eat shit And drink piss As G.P.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: repeatedly splash me with probing sneaky Attacks As I cry out for staff That These staff member Took no Action To stop wanting To see harm Come To me. My eyes hurt bad; my stomach hurt painfully because

ACTION THAT YOU ARE REQUESTING: I was struck In the stomach with a oak stick And swallow waste And piss. I was Time off for All involved And The right To Identify All Inmates Involve in The wrong. I was The camera evidence preserved. I want G.P. To never have contact with protective Custody; inmates.

DETAINEE SIGNATURE: *Bobby Ford*

C.R.W.'S SIGNATURE: *V- Butler*          DATE C.R.W. RECEIVED: *9 , 7 , 11*

| Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. |
| All appeals must be made in writing and directly submitted to the Superintendent. |

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. D12

Part-A / Control #: _REQUEST_

Referred To: _Supt Divll_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __FORD__        First Name: __Bobby__

ID #: __2011 - 0808129__  Div.: __11__   Living Unit: __"AF"__  Date: __9 / 8 / 2011__

BRIEF SUMMARY OF THE COMPLAINT: _ON 9/1/2011 AT Around 4:00 A.M. I was_
_place in A Condemn cell with No working lights; And No working_
_toliet, The Hot water wasn't working And I was Not Allow A_
_property Box. Many of the cells on "AF" ARE CONDEMN BECAUSE_
_Previous inmates Have distroye the cells Light Fixtures in order_
_To make Fire to cook The Food they purchase off commissary! Then_
_they move to others cells And do the same or Fine that cell is been_
_broken into the same way. Thus NEW incoming inmates Have To Suffer As_
_STAFF continuously Claim A work order Has been put in yet, these cells_
_Have been in this way damage For Many Months. As A Detainee I Have A_
_Constitutional rights To Adequate clothing such As Boxers, Socks, T-shirts, Soap; state deodorant;_
_Food; And A working cell Fully that's Not Being MET! This deprivation of my rights is wrong_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING: _I request that these cells Be immediately repair And_
_that I Be Allow state issue Boxers; Socks; T-shirts; FAce towel; deodorant; Soap NOW. ///_
_I ASK that the Board of Health come inside the C.C. D.O.C. And view these cells.!!_
_And see the Mice Shit in these cells!_

DETAINEE SIGNATURE: _Mr. Bobby Ford_

C.R.W.'S SIGNATURE: _V. Butler_        DATE C.R.W. RECEIVED: _9 , 14 , 11_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 013

PART – C



## C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **FORD**    First Name: **Bobby**

ID#: **2011-0808129**   Div: **11**   Tier/LivingUnit: **AF**

Date of Request: **9 / 8 / 11**    Date C.R.W. Received Request: **9 / 14 / 11**

This request has been processed by: **V. Butler**    C.R.W.

**Summary of Request:**

Detainee request assistance regarding Living Conditions.

**Response and/or Action Taken:**

THE CELL WAS INSPECTED BY SGT. CINCIARULLO AND THE TOILET AND SINK ARE BOTH IN OPERATING CONDITION. THE LIGHTS ARE IN-OPERATIVE AND AN EMERGENCY WORK ORDER WAS COMPLETED. PRESENTLY THERE ARE NO AVAILABLE CELLS TO MOVE DETAINEE FORD DUE TO BEING A PROTECTIVE CUSTODY / HOUSE ALONE INMATE.

**Cmdr. Arce, F** — **Cmdr. Arce #27**   Date: **9 / 14 / 11**   Div./Dept. **XI**
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Exh. 014

Part-A / Control # *REQUEST*

Referred To: *Supt DIV11*

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Ford**      First Name: **Bobby**

ID #: **2011 - 0808129**   Div.: **11**   Living Unit: **AF**   Date: **09 / 08 / 2011**

BRIEF SUMMARY OF THE COMPLAINT: On 8/29/2011 C/O Pietajla #8041 enter cell 7/08 on unit "A-H" Protective Custody wing And Remove "Mr Bobby L. Ford I.D. #2011080829 without Any of my commissary purchases thereby intentionally Allowing my commissary To be Stolen From me. This incident happen Around 6:45 P.M. I was taken out the cell bare footed And hand-cuffed! my commissary was purposefully Allow to be Stolen And NEVER retrieved even though I repeatedly complain To this C/O And others no one would go And get my property missing. I lost $60.00 dollars worth of my commissary And I have my List To prove it. I missing Lotion; deodorant; two Soap $2.00 $3.00 $3.40 3 Honey Buns Monster; 3 Spicy cajun mix 2 Salmon Fr. 6 Hot & Spicy corn chips; 4 whole Shabang; 1 Lemon drops; 1 Simply Social cracker; 3 Choc chip cookie; 1 Legal Pad; And 4 Peanut Butter cookies."

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I want The immediate replacement of my lost items or my money to be refund to me. I want staff responsible discipline For the lost.

DETAINEE SIGNATURE: *Bobby Ford*

C.R.W.'S SIGNATURE: *V. Butler*      DATE C.R.W. RECEIVED: **9 / 14 / 11**

---

**Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.**
**All appeals must be made in writing and directly submitted to the Superintendent.**

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 015

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **FORD**    First Name: **Bobby**

ID#: **2011-0808129**    Div: **11**    Tier/LivingUnit: **4F**

Date of Request: **9/08/11**    Date C.R.W. Received Request: **9/14/11**

This request has been processed by: **V. Butler**    C.R.W.

**Summary of Request:**

Detainee request assistance regarding correctional staff and missing property.

**Response and/or Action Taken:**

RCmdr interviewed Inmate Ford who stated that the inmate who shared his cell has now been discharged. RCmdr questioned Officer Pietryla who stated that Inmate Ford was given a chance to retrieve his items the following day but that the items were already missing. RCmdr instructed Ofc. Pietryla to allow all inmates in the future to gather all their personal items before they are transferred from a wing.

Cmdr Cozzolino — Cmdr Cozzolino # 30 Date: 09/15/11 Div./Dept. 11
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Exh. 016

Case: 1:12-cv-04000 Document #: 1 Filed: 05/22/12 Page 39 of 81 PageID #:39

Part A/control "ICRU061
Referred To: Prods. Serv.
[X] Processed As A Request.

---

## Cook County Department of Corrections
## Detainee Grievance

1 of 4 Pages

Detainee Last Name: __Ford__    First Name: __Bobby__
ID#: 2011-0808129  Div: __II__  Living Unit: AF Date: 09/14/2011

On 9/13/2011 Two Chicago Police officers Came To Interview Me
At Around 10:30 A.M. And Questions Me About A Alleged Fight And
Weapon. Telling Me That I May Be charge with A Alleged Criminal
~~Charges~~ Felony offense For A Metal Bar Allegedly gotten out of Cell
#408 in Unit "A.H." On 8/29/2011 By R/O Pietaja #8041 And C/O Vasil.
(See: Disciplinary Report Date 8/29/2011 wrote By C/O Pietaja) Prior To
This 8-29-11 set-up I was remove on 8-29-2011 From Unit "A.F."
Protective Custody To "A-H" Protective custody Unit To Await My
disciplinary Hearing After I was Falsely Accuse by Detainee Anty
Hamlin #2011-0812135 of throwing some urine on him through
The chuck-hole! This Retaliatory Move was did by R/O Glover #9535
Pre-Approval By Sgt. Anderson And Lt. Pierce without Even questioning
Me! what follow that Led To Further Retaliatory treatment in that
while on "A-H." The same day on 8/29/2011, Around 9:15 A.M. I was Place
in The Cell with Detainee Janusz #2011-0612107. This white detainee was
Racist And stated he had A crazy criminal Case but, would not discuss it.
He begins To Talk To me About Racist Killing of Black People; The occult;
The Pope and Devil worship!!! I told him I don't want To discuss Any of
his Racist ideological thinking. I Ask To be move but R/O Beacon
refuse To move me. or Let me speak To the Sgt. when I got in my
Bed I Place My gym-shoes under The Head of The Mattress so

(1)

Exh. 017

As to make me a pillow... Then I when to sleep. This Detainee Janusz waited until I had fallen to sleep then he place a weapon under my mattess; Then told P/o Pietaja that on the 7:00 A.M. To 3:00 P.M. shift I had a fight with him and that I had a weapon. His exact words were I <u>attack him</u> <u>and had a weapon under my mattess</u>! Then he show him a bump on his neck. At which time P/o Pietaja that works on the 3:00 P.M. To 11:00 A.M. shift; Ask me what happen? I told him that Detainee Janusz was talking devil talk; killing Blacks; and fighting on the side of the pope of Rome; And I dismiss him and went to sleep. At Dinner time F/m Janusz awaken me and I got out the bed to eat... Then when P/o Pietaja came; Janusz lie claiming we had a fight saying I <u>attack him</u>... At which time P/o Pietaja attack me and c/o Vasil came in the cell and I was handcuff, barefooted and taken out of the cell at 6:35 P.M. (Note* This allege attack was suppose to happen on the 7:00 A.M. To 3:00 P.M. shift according to the disciplinar Report) Why didn't F/m Janusz report it did? F/m Janusz was intentional Allow to set-me up and <u>steal my commissary</u>! Aided By Both these two c/o's actions! The false disciplinary report from "A.F" unit was Heard on 8/30/2011 And I was found <u>"Not Guilty"</u> Thus The move; or Removal of me on 8/29/2011 To "A-H". And the retaliatory damage done was ongoing in that the Hearing board took c/o Pietaja written report As true without any way of substantiating how the alleged metal Bar got into the cell #408 on "A.H." The disciplinary report claims F/m Janusz <u>knew it was under Ford's mattess</u>! How could this be unless he put it there while I slept? And since I slept so long I had attack couldn't F/m Janusz had written a <u>Note</u> informing staff him? Why wait from 9 something in the morning too 6:30 P.M. To report a allege assault? Why did Both officers leave my <u>Commissary</u> And <u>property</u> in the cell until 10:30 P.M. Why remove me and leave this allege weapon in the cell,... Why was it when the disciplinary report was heard; The Hearing officer had a c/o go check and see was any damage done to the cell And

(2.)

Exh. 018

WAS TOLD NO damage was did to the cell, so where did the METAL BAR come from? I was maliciously given 20 twenty days punitive segregation in retaliation and Housed with General population inmates in Seg. while Being on Protective Custody Status as these inmates that Assaulted me repeatedly on CAMERA! And on 8/31/2011 while ¢/o WALKER Laugh and Sgt. Anderson and A Lady Lieutenant came Hours Later and did nothing to take me out of Harms way. Even Sgt. Krupoff came After I had Flood; kick Scream; And beg For help As the inmates splash piss; human waste defecation in my mouth; sneaking up on my Blindside As I had to come to the door to kick and call For Help! while I'm Arty on 9/9/2011 was sent to Cermak with me being sent to a Parole hearing. This was did by STAFF so I could Fight Arty For Lying on me on 8/28/201 when he threw piss on me on 8/28/2011 And had me move to unit "A-H" I was suppose to Attack him As STAFF deliberately set up This meeting And place me in harms way!! STAFF was setting me up Again when STAFF move I'm Januez off "A.H." And Put him on "A.F. with me After knowing or should have Known he Lie on me and place a METAL BAR under my mattress As I slept And then stole my COMMISSARY. STAFF knowingly set-up a meeting between The two of us to Further Retaliate on me, in that STAFF had me And I'm Januez go to Court on 9/12/2011 Together in Hope That I would Attack him. It can't Be Argue they didn't Know of A Alleged Prior incident The disciplinary report support This FACT Placing them on CLEAR Notice... But I did NOT Attack Either one of them. Because I had NOT Previously did Any wrong to Either one!! STAFF was working behind the scene to make a FALSE CASE Against me! When This did Produce The exact desire result. STAFF had the chicago Police come to me on 9/13/2011 And threaten me with A Possible Feloney offense For A Piece of METAL I never had All because I was

(3.)

Exh. 019

Exercising my civil, ~~Human~~, And Constitutional Rights To be Free Of Any Cruel And Unusual Punishment & treatment. I Grieve These Set-up's To Commandor's A.R.C.; Darcy; Plaxico; And Cozzolino That Commandor Cozzolino came To See me on 9/12/2011... However hasn't Any Action been taken To Stop The Flagrant cruel And unusual treatment To my mental State.. I Am Suffering ongoing emotional damage with Further Defamations of Character; And Slanders Lies To which I Am Punish For And kept in A pitch black cell with no Lights working And no cleaning Supplies; in Fact on Arrival here on 8/8/2011 I was not given Any Soap; Toothbrush; State deodorant; T-shirt; underwear; comb; Toothpaste; ~~Face~~ towel or Bath towel Just put in A cell And Left this way For three weeks; up until Commandor Plaxico came on The unit And had me brought A Bath towel; And toothpast And Soap!! my ~~Human~~ rights Are still being ignore in A dozen subtle ways As my Legal was Sent To me From my Cousin on 9/6/2011... But I have not gotten it. my incoming mail is Here And I spoke To my Cousin on 9/13/2011 it wasn't return To him This censoring of my Legal mail is ~~a~~ Federal offense in violation of 730 ILCS 5/3-8-8(e) which states "discipline shall not Be impose because I use The grievance procedure. I have A right To my mail under Bradley V. Hall, 64 F.3d 1276 (9th Cir. 1995) citing Bounel V. Smith 430 U.S. 817, 821, 52 L.ed. 2d 72, 97 S. Ct. 1491 (1977). Please give me my mail?

/S/ Mr. Bobby L. Ford

V. Butler 9-22-11

(4)

Exh. 020

Part-A / Control # __REQUEST__

Referred To: __MAILROOM__

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Bobby L. Ford**    First Name: **Bobby**

ID #: **2011 - 0808129**   Div.: **11**   Living Unit: **A.F.**   Date: **09/14/2011**

BRIEF SUMMARY OF THE COMPLAINT: On or around 9/6/011 I spoke to my cousin on the phone and he inform me that I had legal mail at his apartment from my civil case No#09-C-0686 and civil case No#10-829-BPM along with other important documents. I ask him to take the mail out of it's original envelope and place it into a manilla envelope and forward it here to me at my place of incarceration at the C.C.D.O.C. When I spoke to him again on 9/13/2011 he ask me did I receive the legal documents and other mail he sent to me. And I inform him I had not. Well I sent them to you is what he told me over the phone. This lets me know that the cook county jail is involve with mail tampering which is a illegal criminal offense! My cousin would not lie to me He sent the package to me and he wasn't lying when he told me it has not come back to him return to sender! That means that the mailroom here at the C.C.D.O.C. is engage with mail tampering which is a federal offense. It can't be argue that the mail has not been deliver here. Because it's been over a week ago. The cook county jail knows who I am and exactly where I am house at the protective custody unit in Div. 11. Furthermore No incoming mail has been deliver to me as other inmates that file grievances are experiencing the same retaliator treatment and no address of the issue is being did by head officials on the matter.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I want my constitutional rights under the 1st 5th and 14th amendment address and respected. I want my mail deliver to me now. I know of here and of been here for days now. I will continue to address this criminal activity by staff.

## DETAINEE SIGNATURE: _Mr. Bobby Ford_

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: **9,14,11**

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 021

PART – C

---

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **FORD**      First Name: **Bobby**

ID#: **2011-0808129**  Div: **11**  Tier/Living Unit: **AE**

Date of Request: **9/14/11**    Date C.R.W. Received Request: **9/14/11**

This request has been processed by: **V. Butler**   C.R.W.

**Summary of Request:**

*Detainee request assistance regarding mail.*

**Response and/or Action Taken:**

Mr Ford per our records we show that you were in fact delived legal mail on the Date of 09/15/2011.

Also please Note that legal mail can Be sent to CCDOC via US Mail Directly from your lawyers office. providing Name ID# living Unit is clearly marked on envelope

Mr ford at No point Do we CCDOC Hold Any mail for Any reason.

**SANTIAGO C**
(Print- name of individual responding)

(Signature of individual responding)

Date: **27/Sep/2011** Div./Dept. **6/ Mail Room**

---

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Exh.022

Part-A / Control #: __REQUEST__

Referred To: __Supt. Div. 11__

[X] Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Ford__    First Name: __Bobby__

ID #: __2011__ - __0808129__   Div.: __11__   Living Unit: __A.F.__   Date: __9/21/2011__

BRIEF SUMMARY OF THE COMPLAINT: __On 8/8/2011 I sign myself into Protective Custody for safety and security reasons and learn that all my civil, human, and constitutional rights were being violated by the top official in control of the rules, policies, customs, regulations, and programs for Protective Custody inmates as well as jobs and educational programs are zero for P.C. inmates. their is no public library to order books; no educational T.V. programs no daily constitutional religious services. No P.C. can't work a job; I'm illegally lockdown twenty-three hours a day the same as one on segregation status and place in segregation on disciplinary with general population in a cruel ac of punishment ment thereby deliberately place in harms way. I denied adequate serving of breakfast and lunch in violation of the recommen daily allowance. No fruits; or a variety of vegs or given.__

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
__All Staff Food Supervison's and Top official are aware__

ACTION THAT YOU ARE REQUESTING: __I Request all my rights under the U.S. Constitution. Provided P.C. or not__

**DETAINEE SIGNATURE:** _Bobby Ford_

C.R.W.'S SIGNATURE: _V. Butts_    DATE C.R.W. RECEIVED: _9/22/11_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



Exh. 023

Part-A / Control #: 2011 X 2288

Referred To: Cermak

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: FORD          First Name: BOBBY

ID #: 2011 - 0808129  Div.: 11  Living Unit: A.F.  Date: 9/21/2011

BRIEF SUMMARY OF THE COMPLAINT: ON 9/16/2011 I LEARN THAT WHILE I WAS A Protective Custody Detainee With ALL my Constitutional rights I WAS Place IN Segregation General Population with Pre-trial detainee's.. What I didn't Know is while my due process rights To be Free From danger and Kept Safe was being Violated There was A Serious out break of Sphyillis diaease their in Unit "A.J" which was illegally House Protective Custody inmates Together with General Populations inmates. Sphyillis CAN Be Spread by Sexual intercourse or by body Fluids passing From one detainee To Another. Since I was Assaulted on 8/31/2011 by These General Population detainees and Splash in The Face And Mouth with defecation And Piss, And my Food Tray was Spit in while %o Walker; Sgt. Anderson; %o Sims; %o Clark; And Sgt. Krumpoff did Nothing To help ME. I LEARN ON 9/16/2011 %o Elder CAME IN UNIT "A.F." with A Long List of Names And Call 15 inmates out to go To the Hospital For Testing. Too See if They was Expose To the Sphyillis out break. I was Call But %o Elder Told ME I was being Reschedule For Testing; I was the only detainee deny Medical Testing. I HAVE BEEN HAVING Stomach Cramps; debiliating headaches; And STAFF HAS ME House Alone Secretly; To Cover-Up The Possible Spread of The outbreak. I Want This Matter Investigated!! All STAFF MENTION IN this Grievance Report.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I'm requesting immediate Medical Testing For the diaease Sphyillis To be Sure I wasn't Contaminated on 8/31/2011

DETAINEE SIGNATURE: Bobby Ford

C.R.W.'S SIGNATURE: V. Butler          DATE C.R.W. RECEIVED: 9/21/11

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 024



PART – C

### C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **FORD**     First Name: **Bobby**

ID#: **2011 - 0808129** Div: **11** Tier/LivingUnit: **AF**

Date of Request: **9, 21, 11**    Date C.R.W. Received Request: **9, 22, 11**

This request has been processed by: _____ **V. Butler** _____ C.R.W.

**Summary of Request:**

Detainee request assistance in addressing incarceration issues related to his Protective Custody Status

**Response and/or Action Taken:**

RCmdr explained CCDOC policy for overcrowding which states that when there is a critical shortage of bedspace, G.P. inmates will be housed on specialty tiers until bedspace on the G.P. tiers open up.

**Cmdr Carrolino** - **Cmdr Carrolino** A30 Date: **09 / 23 / 11** Div./Dept. **11**
(Print- name of individual responding)      (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Exh. 025



COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information                                                                04POPA0IDS

| SECTION I     DISCIPLINE REPORT | Division: 11 | Date of Infraction: 10 /04/ 2011 |
|---|---|---|

Detainee's Name: ROBINSON, CHRISTIAN   ID#   Date of Birth: 4 /08/ 93

Detainee's Living Unit: AH   Place of Incident: CELL 401   Time: 02 : 45 HRS

☐ Category I   ☐ Category II   ☐ Category III   ☐ Category IV   ☐ Category V   ☒ Category VI

Description of Charge(s) & Code(s): 601 ASSAULT
607 BATTERY

Detainee Injuries: ☒ Yes  ☐ No | Medical Attention: ☒ Yes  ☐ No | Name(s): ROBINSON, CHRISTIAN

Staff Injuries: ☐ Yes  ☒ No | Medical Attention: ☐ Yes  ☒ No | Name(s):

Victim Report: ☒ Yes   ☐ No | Reported to Internal Investigations: ☐ Yes   ☐ No

Material Confiscated /Evidence Bag # (attach photocopy of evidence): NONE

Description of Incident:
AT APPROXIMATELY 0245 HRS. R/O DANIEL, D. 7110
HEARD DETAINEE #2011 0525139 ROBINSON, CHRISTIAN
SCREAMING, "HELP CO HE TRYING TO RAPE ME." R/O
ARRIVED AT DETAINEE'S CELL DOOR AND WITNESSED
DETAINEE #2011 080 8129 FORD, BOBBY LEON CHOKING DE-
TAINEE ROBINSON. R/O ORDERED DETAINEE FORD TO LET
HIM GO. DETAINEE ROBINSON STATED, "HE GRABBED MY ASS
WITH ONE HAND, WHILE HOLDING HIS EXPOSED GENITALS WITH
THE OTHER HAND. SGT. NANOS WAS NOTIFIED. BOTH DETAINEES WAS
ESCORTED TO HOLDING

Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered:  /  /   :   HRS

Detainee's Signature:

Reporting Employee / Signature & Star #: _____ 7110 | CCDOC Personnel Who Witnessed Infraction:

Reviewing Supervisor / Signature & Star #: SGT. Nanos #1134 | Name and Star (printed): SGT. NANOS #1134

Superintendent or designee's Signature: | Name and Star (printed):

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing:  /  / |
|---|---|

Detainee Requested Witnesses ☐ Yes  ☐ No | Waive 24 Hr. Notice ☐ Yes ☐ No | Representative/Interpreter ☐ Yes ☐ No

Detainee Witness:   Living Unit: | Detainee Witness:   Living Unit:

Detainee's Plea to Charge   ☐ Guilty As Charged   ☐ Not Guilty | Detainee Status While Awaiting Hearing:

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

DETAINEE SIGNATURE:

Testimony of Witnesses: (Use Continuation Sheet If Necessary)                    Exh. 026

COOK COUNTY DEPARTMENT OF CORRECTIONS
INCIDENT REPORT

Please Print All Information                                             Effective: 04/09

| Division/Unit: 11 | Living Unit/Location: A-14  401 cell |
|---|---|
| Incident Date: 04 OCTOBER 2011 | Incident Time: 0245 HRS. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Injuries/Hospitalization: | ☐ Yes | ☑ No | Contraband Found: | ☐ Yes | ☑ No |
| Restraints/Force Used: | ☐ Yes | ☑ No | Property Damage: | ☐ Yes | ☑ No |
| Weapon(s) Involved: | ☐ Yes | ☑ No | OPR Notified: | ☑ Yes | ☐ No |
| Arrest(s) Made: | ☐ Yes | ☑ No | ADO Notified: | ☑ Yes | ☐ No |
| Incident Videotaped | ☐ Yes | ☐ No | Videotape No. | | |
| Videotape No. | | | Videotape No. | | |

| Inmate(s)/Personnel Involved: | ID/Star #: | Witnesses to Incident: | ID/Star #: |
|---|---|---|---|
| FORD, BOBBY LEON | 20110808129 | R/O DANIEL, D. | 7110 |
| ROBINSON, CHRISTIAN | 20110525139 | | |

## Statement of Facts: (Narrative)

AT APPROXIMATELY 0245HRS. R/O DANIEL, D. #7110 HEARD DETAINEE #2011 0525139 ROBINSON, CHRISTIAN SCREAMING, "HELP CO HE TRYING TO RAPE ME." R/O ARRIVED AT DETAINEE'S CELL DOOR AND WITNESSED DETAINEE #20110808129 FORD, BOBBY LEON CHOKING DETAINEE ROBINSON. R/O ORDERED DETAINEE FORD TO LET HIM GO. DETAINEE ROBINSON STATED, "HE GRABBED MY ASS WITH ONE HAND, WHILE HOLDING HIS EXPOSED GENITALS WITH THE OTHER HAND." SGT. NANOS WAS NOTIFIED. BOTH DETAINEES WAS ESCORTED TO HOLDING.

| Signature & Star # of Reporting Personnel: | Date: 04 OCT. 2011 | Time: 0415HRS. |
|---|---|---|
| Daniel D. 7110 | | |
| Signature & Star # of Supervisor: | Date: 4 OCT 11 | Time: 0425 |
| Sgt. Nanos #1134 | | |

## Administrative Assessment:

Lt. Boyd #220 was informed of the above incident. Lt. Reported to the Holding Area, Along with Sgt. Nanos #1134. Both Detainees were Interviewed By Sgt Nanos at 0300 Hrs. Video Tape No #11-11-288. Both Inmates were Escorted separately to Cermak for Medical Treatment. There were No Visible Injuries on (the Assailant Ford Bobby Leon #20110808129) However on (the Victim Robinson Christian #20110525139) Red Scratches were Visible Around And on His neck. Paramedic Ortega Attempted to Triage Both detainees And Both Refused. Both detainees Refused to

| Signature & Star # of Supervisor: | Incident Tracking No.: | Date: | Time: |
|---|---|---|---|
| Lt. Boyd #220 | 11-10-11-0066 | 10-04-11 | 0420 |

Part I – Executive Director (white)                    Part III – Assistant Executive Director (pink)
Part II – Superintendent (canary)                      Part IV – File (goldenrod)

Exh. 027

Please Print All Information                                        GO∪ 04/09
                                                                   Effective: 04/09

**Incident Date:** 10-04-11●      **Incident Time:** 02●● Hrs.

## Continuing Statement of Facts (Narrative):

Be Seen By Dr. Williamson or Any Doctor. Detainee Ford BoBBy Jean # 20110509 the Assailant Refused To speak with Psych. However Detainee Robinson CHRISTIAN # 2010525139 (the Victim) Spoke with the Psych doctor Dr. Senters.

Detainee Ford # 20110808129 BD 1-18-63 Arrived to Cermak at 0328 Hrs. was Released Back to Div XI At 0406 Hrs.

Detainee Robinson # 2010525139 BD 4-8-93 Arrived to Cermak at 0403 Hrs. was Released Back to Div II at 0443 Hrs.

Detainee Ford # 20110808129 is Now Housed IN Tier AJ Cell # 307 To Be Housed Alone out Alone.

## Continuing Administrative Assessment:

Part I – Executive Director (white)                Part III – Assistant Executive Director (pink)
Part II – Superintendent (canary)                  Part IV – File (goldenrod)

                                                                   GO∪ 04/09

Exh. 028

Part-A / Control #: _____

Referred To: _____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

AF 310

Detainee Last Name: **FORD**    First Name: **BOBBY**

ID #: **2011 - 0808129**  Div.: **11**  Living Unit: **A.F**  Date: **10/21/2011**

BRIEF SUMMARY OF THE COMPLAINT: House in Protective Custody Unit "A.H" in cell ON 10/03/2011 AT Around 3:15 A.M. while I was

#401 My cellmate, who was broke with No Money; And or No Commissary; No Hygiene
items other than two bars of State-Soap, one small roll on deodorant, and one pic-up
pair of shower shoes. Told A Lie Too The 11:00 P.M. Too 7:00 A.M. officer that I was
making sexual advances towards Him! My cellie plan was two steal all of my property and
And run off to Boot Camp in a couple of days while having me sent to segregation.
But what happen was that I was taken to "2 North" for psych care on the morning of
10/04/2011 while He was taken to segregation. The cell was seal off as a alleged
crime scene. All of my property was left inside the cell as I was taken out the cell
Bare footed in my underware. Hours later on 10/04/2011 I was taken too see a
psych doctor who had me admitted too "2 North" I was in twin on 10/21/2011 And place
on unit "A.F" in cell #310 by c/o Stephney when I requested return of my
property. c/o Stephney could not find my property several inmates inform me that A couple
days after this alleged incident with my cellie c/o Pietryla was the officer that when into
#cell 401 and pack my property. c/o Pietryla also allow my cellie to take out the cell what
He wanted too steal... when I ask c/o Pietryla had He taken my property out the
cell He stated a the third. I ask him what did he do with it and he at think he gave it to the
Sgt. When I ask him what Sgt the chain of time the o/c on duty tonight. So I personally
Spoke to the Sgt. on duty on 10/25/2011 And He told me c/o Pietryla Ain't gave time none of
my property. He say this in front of c/o Pietryla and c/o Brown. c/o Pietryla Admitted
Packing my property Court transcript, commissary, Hygiene items, clothes, books, pen, legal
Materials, personal letters. From there the property disappear or was thrown away by c/o Pietryla!

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING: I'm seeking return of my property. or legal Action in court
Again c/o Pietryla and everyone else involve. This is the second time He could not continue to
Get Away with things. I want full re-inbursement for my lost property and disciplinary
Action against c/o Pietryla and all other involve. I want return of my property.

## DETAINEE SIGNATURE: *Bobby Ford*

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. IO29

Part-A / Control #: _Request_

Referred To: _Program Services_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Ford**      First Name: **Bobby**

ID #: 2011 - 0808129 Div.: 11 Living Unit: A-F Date: 10/24/2011

BRIEF SUMMARY OF THE COMPLAINT: Today I learn That I was being House Alone-out Alone! This was told to me today 10/24/2011. I am being Retallationally House Alone due to A inmate in A-H. That lie on me. Then try to steal my property! C/o Pietryla Allow him to steal my property. And now I'm being Forcefully Kept on House Alone; out Alone! All of my Court transcripts; Legal materials; Hygiene Items was taken out the cell by C/o Pietryla This Happen on 10/5/2011, I was put in the psych ward 2 north until 10/21/2011. why is it Now that I'm back I'm on House Alone out Alone. Plus I'm being deny my medication

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I want To be taken off this House Alone And I want my property return To me. I also want my Meds.

DETAINEE SIGNATURE: _Bobby Ford_

C.R.W.'S SIGNATURE: _V. Butler_      DATE C.R.W. RECEIVED: 10/24/11

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exh. 030

Part-A / Control # X

Referred To: _____

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: **FORD**          First Name: **RoBBy**

ID #: **2011 -0808109**   Div.: **11**   Living Unit: **A.F.**   Date: **10/27/2011**

BRIEF SUMMARY OF THE COMPLAINT: I'm writing this grievance because staff are retaliationally housing me on House Alone base on my X-cellmate's Lie that I try to make sexual advances towards Him. His Lie was never substantially proven... staff are treating me Like A Rapist!! By placing me on House Alone they are sending A False message to other inmates in violation of my eliminater. I am suffering defermation of character, Mental Anguish in violation of my due process rights to be free of any treatment of a cruel And unusual nature. I have not been charge or find guilt of any wrongdoing. I am the real victim in this matter that started on 10/03/2011...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: I want to be taken off House Alone And Have All my Alleged Lose property Return to me before I seek Legal Action in this matter.

**DETAINEE SIGNATURE:** _Robby ford_

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: 10/31/11

---

**Please note:** *Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form,*
*All appeals must be made in writing and directly submitted to the Superintendent.*

---

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



Exh. 031

Part-A / Control *(handwritten)*

Referred To: _Supt DIV11_

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Ford_          First Name: _Bobby_

ID #: _2011 - 0808129_  Div.: _11_  Living Unit: _A.E_  Date: _4/16/2011_

BRIEF SUMMARY OF THE COMPLAINT: _The Cook County Jail has a continuous ongoing practice of not providing new arrival inmates with any hygiene items. Nor, are we allow state issue underwear, sockets, T-shirts, boxers. A inmate is forcefully made to go to his assign unit with nothing but 2 sheets and a blanket, often times the sheet are torn in half or dirty! A inmate is told to file a grievance as retaliation. Understanding the very persons doing the wrong and or approving the wrong is addressing the grievances! Yet the inmate needs remain unmet. Inmates are often beaten up by their cellmate because he's in the cell foul for weeks due to staff failure to provide wash towel, bath towel, hygiene items and clothing upon all new arrivals... This practice is been taking place for years!_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_95% of all staff and no incoming inmate are aware!_

ACTION THAT YOU ARE REQUESTING: _My 8th and 14 amendment was violated in this matter I demand a immediate correction of this wrong to all inmates!_

### DETAINEE SIGNATURE: _Bobby Ford_

C.R.W.'S SIGNATURE: _V. Butler_          DATE C.R.W. RECEIVED: _11/18/11_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

_Exh. 032_



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

| ! This section is to be completed by Program Services staff - ONLY ! | *(! Para ser llenado solo por el personal de Program Services !)* |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature:*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
FoRD

**PRINT - FIRST NAME** *(Primer Nombre):*
BoBBy

**ID Number** *(# de identificación):*
2011080Y124

**DIVISION** *(División):*
Div. 11

**LIVING UNIT** *(Unidad):*
A. F CEll 310

**DATE** *(Fecha):*
12/06/2011

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

**PLEASE INCLUDE:**  Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:*  *Fecha Del Incidente*  –  *Hora Del Incidente*  –  *Lugar Específico Del Incidente)*

ON 10/21/2011 I File A Grievance report on 1/c Pietryla For
Throwing Away my Commissary, court transcripts, Legal
mail, Jclothes, Books, Hygiene items! The grievance
report was refered too Sgt. Thomas on 10/25/2011. However
I have not receive A reply or response or Any compensa-
ry For my Lost. This grievance is not A request but An
ongoing issue of Staff retaliatory conduct towards
me Tickled by those in control this is evident in that
Staff refuse to Address this issue. Be Advise I will take
this matter to the highest court if need be !!

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando):*
I Demand my constitutional right to compensation For my Lost And A Answer!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):*
Sgt. Thomas, 1/c Pietryla, C/o Brown

**INMATE SIGNATURE** *(Firma del Preso):*
Bobby Ford

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
E. Lewanski

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
12/6/11

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**
_/_/_

(FCN-47)(NOV 11)    (WHITE COPY - PROGRAM SERVICES)    (YELLOW COPY - CRW/PLATOON COUNSELOR)    (PINK COPY - INMATE)

Exh. Q33

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|
| |

**! This section is to be completed by Program Services staff - ONLY !    (! Para ser llenado solo por el personal de Program Services !)**

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): | (First Name) | ID Number (# de Identificación): |
|---|---|---|
| Ford | Bobby | 2011020214 9 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| Div. 11 | A.F cell 310 | 12/06/2011 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

**PLEASE INCLUDE:**     Date of Incident  –  Time of Incident  –  Specific Location of Incident
(Por Favor, Incluya:)     Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente

On 10/04/2011 I Forward A Grievance Ms. Butler And she Forward it Too Program Services. The grievance report I write was About Me being Retalitionally place on House Alone As A potential rapist. I was Never charge with raping Anyone Nor was there Any evidence of A rape or even a Attempt Rape place on Me. My cellmate was simply trying Too Send me to the Hole so he could steal my Commissary And Run off Too Boot-camp! To Pertryla Let him into the cellon 10/05/2011 while I was in 2 North And what he didn't steal 2 Pertryla threw in the garbage Can. A Malicious ongoing Racial Profiling Approve by higher up staff. that's why the grievance was Not Answer. I demand A Answer And to be Titen off House Alone!! Commander Maxico came too talk to Me weeks Ago but nothing was did on this issue, I want To know why!!!

**ACTION THAT YOU ARE REQUESTING** (Acción que esta solicitando):

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: | INMATE SIGNATURE (Firma del Preso): |
|---|---|
| (Nombre del personal o presos que tengan información:) | Bobby Ford |

**SUPERINTENDENTS/DIRECTORS, DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| G. Levanski | A. Levanski | 12/6/11 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | _/_/_ |

| (FCN-47)(NOV 11) | (WHITE COPY – PROGRAM SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |

Exh. D34

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**2011 X 3202**

| This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !) |

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☒ SUPERINTENDENT: __DIV. 11__
☒ OTHER: ~~Program Services II~~

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME: **FORd** __Bobby__ **201108081291**

DIVISION *(Division)*: **Division "11"**   LIVING UNIT *(Unidad)*: **A-F-3C-11**   DATE *(Fecha)*: **12/06/2011**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident  -  Time of Incident  -  Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente  -  Hora Del Incidente  -  Lugar Específico Del Incidente)*

ON 12/06/2011 Plaintiff Bobby I. Ford was inform by The Law Clerk in Division 11 That inmates in Protective Custody will NOT Be Allow To go To The Law Library Anymore! She inform me That per director Miller And Supt. Thomas orders Protective Custody inmates don't NEED Access To The Law Library As This Takes up Too Much Time The All P.C. inmates That Are ignorant of civil and criminal + Know how To request help due To Never being taught how To Stategize, or Write A Motion, or brief, or Litigate. A Claim ~~ not~~ especially when The Matter involves Cruel And unusual Punishment And Treatment is in Violation of ~~my Due~~ Right to Access To Court without Any impediment by Understanding This illegitimate denial Be Stop immediately! ~~...into deemed more than 1 Hour Time there And twice at a Time!~~

INMATES HAVING INFORMATION REGARDING THIS COMPLAINT: _____   INMATE SIGNATURE *(Firma del Preso):* _____

A STAFF MEMBER OR DESIGNEE OF THE DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES...

...  DATE CRW/PLATOON RECIEVED: _____

...(PRINT):  SIGNATURE  DATE REVIEWED:

**Exh. 035**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #: *2011 X 4055*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| FORD | BOBBY | 2011-0808129 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
**(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)**

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
- INMATE ALLEGES MISSING PROPERTY.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE  *(If applicable)*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
DATE REFERRED: 12 / 7 / 11

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Ofc Pietryla has answered this grievance before and said that he did not throw away any of the inmates property. (See attached Memorandum)

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| C. Liss | | | 12 / 14 / 11 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Supt. K. Harris | | X1 | 12 / 14 / 11 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* X Bobby Ford

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 12 / 14 / 11

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 12 / 14 / 11

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación):*
ON 12/14/2011 I Appeal This grievance As I NEVER receive Any of My property And inmates On "A.H." verified they saw Ofc Pietryla throw My property in the trash can. I WANT TO be PAY For My LOSE Commissary, Legal documents, Hygiene, And other

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Exh. 036

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | |

INMATE SIGNATURE *(Firma del Preso):* Bobby Ford

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación):* 1 / 24 / 11

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #
2011 X 4654

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso)*: FORD

INMATE FIRST NAME *(Primer Nombre)*: BOBBY

ID Number *(# de Identificación)*: 2011-0808119

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
- *DETAINEE WISHES HE SHOULD NOT BE IN HOUSE ALONE.*

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable)*:

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: *(Example: Superintendent, Cermak Health Services, Personnel)*

DATE REFERRED: 12 / 17 / 11

RESPONSE BY PERSONNEL HANDLING REFERRAL:
*Detainee Ford is currently on "HOUSED ALONE Cell # 3 inside AF wing of Div XI as of Dec. 12, 2011. R/Cmdr. spoke to him at 0562 Hrs. Making a well being check.*

PERSONNEL RESPONDING TO GRIEVANCE *(Print)*: CMDR. R. HARRISON

SIGNATURE: Cmdr. ___ # 17

DIV./DEPT.: XI

DATE: 12 / 12 / 11

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print)*:

SIGNATURE:

DIV./DEPT.:

DATE: / /

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*: XREFUSED

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 12 / 12 / 11

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Exh. 037

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*:

SIGNATURE *(Firma del Administrador o/su Designado(a))*:

DATE *(Fecha)*: / /

INMATE SIGNATURE *(Firma del Preso)*: Cmdr. R Harrison

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)*: / /

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**2011 X 3202**

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

### INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* **Ford**

INMATE FIRST NAME *(Primer Nombre):* **Bobby**

ID Number *(# de Identificación):* **2011080829**

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Detainee alleges he is not permitted to go to the Law Library

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
Supt. Div 11

DATE REFERRED: 12/12/11

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Detainee Ford has been seen on the following dates to the Law Library 8/18/2011 9/21/2011 9/29/2011 11-14-2011
See Law Library attachment per Ms Pickens.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Cmdr. R. Harrison #17

SIGNATURE: Cmdr. ___ #17

DIV./DEPT. XI

DATE: 12/13/11

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DIV./DEPT.

DATE: ___/___/___

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* X Bobby Ford

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 12/14/11

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Exh. 038

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a):)*

DATE *(Fecha):* ___/___/___

INMATE SIGNATURE *(Firma del Preso):* Cmdr. R. Harris

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación:)* ___/___/___

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #
2011X4745

| ! This section is to be completed by Program Services staff - ONLY ! | (! Para ser llenado solo por el personal de Program Services !) |
|---|---|
| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |

GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

REFERRED TO:
☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Ford

PRINT - FIRST NAME *(Primer Nombre):*
Bobby

ID Number *(# de identificación):*
2011X0221-9

DIVISION *(División):*
Div. 11

LIVING UNIT *(Unidad):*
A.F. Cell 216

DATE *(Fecha):*
12/13/2011

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya):* *Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente*

Incident date 12/15/11

AT Approx. Around 5:30 P.M. I was inside the Holding Cell in receiving Holding For the Bus to come and get me and bring me to Division Eleven from Court when the bus came around 3:40 I was Left behind. I begin to inquire about the exit I was being ignored so I bang on the gate. Several unknown officer Then came in the cage and attack me in view of the camera. I was thrown down onto my face causing my jaw to swell up large and my jaw line to break. I was beaten and my requests for medical care was denied. I request the have the camera picture on the day that I All have a grievance on ~~...~~

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado):*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan Información:)*

INMATE SIGNATURE *(Firma del Preso):*
Bobby Ford

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
G. Cejkowski

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
11/28/11

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:
Exh.039

DATE REVIEWED:
/ /

(FCN-47)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2611×4745

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| FORD | BOBBY | 2011-0F081 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
DETAINEE ALLEGES PHYSICAL MISTREATMENT BY CORRECTIONAL STAFF.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
SUINT. REFERRING

DATE REFERRED:
12/29/11

RESPONSE BY PERSONNEL HANDLING REFERRAL:
This Matter is currently under investigation with O.P.R.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*:
x Bobby Ford

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
3 / 01 / 2012

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Exh.040

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a).)*: | DATE *(Fecha)*: / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación)*: / / |
|---|---|

(FCN-48)(NOV'11)          (WHITE COPY – PROGRAM SERVICES)          (YELLOW COPY – C.R.W./PLATOON COUNSELOR)          (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☒ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| ! This section is to be completed by Program Services staff - ONLY !    (! Para ser llenado solo por el personal de Program Services !) |
|---|

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☒ SUPERINTENDENT: ___Div. 11___ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Ford | Bobby | 20110808129 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| Div. 11 | A.F. cell 310 | 12, 15, 2011 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:    Date of Incident  -  Time of Incident  -  Specific Location of Incident
*(Por Favor, Incluya:    Fecha Del Incidente  -  Hora Del Incidente  -  Lugar Específico Del Incidente)*

Lt. Datt claims he spoke to YoPietyla concerning my grievance. YoPietyla stated he gave my property to A pod Sgt. The property is said to have been turn over to the security office, than gave to detainee! But neither YoPietyla or the Sgt. can state who gave me my property. what day was it gave too me. Where is a copy of the property inventory sheet? Lt. Datt writes his response on this matter According to Records kept. Produce these records showing and inventory sheets. They can't because YoPietyla threw my property Away. As this was view by other inmates! No officer brought me my court transcript, legal mail, commissary, Hygiene items, clothes, personal mail, shower shoes At no time ever. it so produce this staff name to me and a copy of the property inventory sheet. I was in 2 north from 10/3/11 to 10/31/11. The cell was open by YoPietyla on 10/5/11 And lifted off the crime scene status. So who gave me my property? This cover-up will be expose. And I will be compensated for the Retaliation taken Against me !!! And the intentional destroy property!!

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* | INMATE SIGNATURE *(Firma del Preso):* |
|---|---|

| SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Hughes | Hughes | 12, 19, 11 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | Exh.041 | _/_/_ |

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

| ! This section is to be completed by Program Services staff - ONLY ! | (! Para ser llenado solo por el personal de Program Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☒ SUPERINTENDENT: _____ div 11

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Ford | Bobby | 20110202129 |
| DIVISION *(Division)*: Div 11 | LIVING UNIT *(Unidad)*: A.F. 310 Cell | DATE *(Fecha)*: 12/15/2011 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

| PLEASE INCLUDE: | Date of Incident | Time of Incident | Specific Location of Incident |
|---|---|---|---|
| *(Por Favor, Incluya:* | *Fecha Del Incidente* | *Hora Del Incidente* | *Lugar Específico Del Incidente)* |

I Am Filing This grievance too Speak out on Staff Forcing me To remain on House Alone Even though the 10/03/11 incident was Found To be false And no charges was ever brought Against me, I Am still and have been Continuously Retaliatory held on This false status by Administrative director too punish me And have my name Slanderously spoken on as inmates have done because I have File grievance on various Staff my reputation has been shot And the false charges was Found unsubstantiated yet All my Requests To be taken off This House Alone have been ignored. Staff have Even Allow my legal document, property, commissary, clothes To be thrown Away To stop me For Filing A lawsuit.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado)*

I request To be taken off House Alone. I never request it. I Am not A Rapist And I have not be charge As one. Formal Supt. Thomas on down has been doing This To be For Filing grievance on constitutional wrong. did to me. This!

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal ó presos que tengan información:)* | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): Hughes | SIGNATURE: Hughes | DATE CRW/PLATOON COUNSELOR RECIEVED: 12/19/11 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

Exh.042

| (FCN-47)(NOV 11) | (WHITE COPY – PROGRAM SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

PART – C

AF. 310

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

**Please Note :**
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** FORD          **First Name:** Billy

**ID#:** 2011-0801/9     **Div:** IV    **Tier/Living Unit:** AF

**Date of Request:** 10/8/11     **Date C.R.W. Received Request:** 10/25/11

**This request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

Detainee request assistance regarding list on missing property.

**Response and/or Action Taken:**

I/I spoke with Ofc. Pietryla concerning this grievance. Ofc. Pietryla stated he gave the detainee's property to the A-pod Sergeant Sgt Pinciurek. The property was bagged up and turned over to the security office. The property was turned over to detainee on unknown shift, according to records, after detainee's cell was pulled from crime scene status.

LT Smith   -   LT D Smith     **Date:** 10/11/11 **Div./Dept.** 139

(Print- name of individual responding)   (Signature of individual responding)

DIV. 11

Exh.043

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

NON-GRIEVANCE (REQUEST) ☐

CONTROL #

# INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| FORD | BOBBY | 2011 0808129 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

DETAINEE ALLEGES MISSING PROPERTY.

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):

PROGRAM SERVICES

DATE REFERRED: 12/20/11

RESPONSE BY PERSONNEL HANDLING REFERRAL:

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| G. CZANUSKI | | PRG.SER. | 12/20/11 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*
X Bobby Ford

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
1/4/12

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes (Si) ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Exh.044

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* ___/___/___ |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación):* ___/___/___ |
|---|---|---|

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Ford | Bobby | 20110808129 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

Detainee alleges he is housed alone and request to be taken off

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):  Supt div 11     DATE REFERRED: 12/21/11

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Detainee Ford was placed on House Alone status by Sgt Miller on K. Stand 0100 - 3rd Shift

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Cmdr. J. Harris | Cmdr. | X 1 | 1/1/12 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*  X Bobby Ford

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*  1/11/12

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?     Yes *(Si)* ☐     No ☐
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Exh. 045

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):)* | DATE *(Fecha):* |
|---|---|---|
| | | / / 12 |

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE |
|---|---|
| Cmdr. J. Harris  Cmdr. | *(Fecha en que el preso recibió respuesta a su apelación):* |

(FCN-48)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – C.R.W./PLATOON COUNSELOR)     (PINK COPY – INMATE)

## Cook County Department of Corrections
### Division Eleven

### MEMORANDUM

| TO: SUPT. THOMAS | DATE: 12 JAN 12 |
|---|---|
| FROM: *Bob Bridges* | |
| SUBJECT: Refusal of protective custody | |

The below listed detainee has been offered protective custody but has refused placement. Please see the statement by the listed detainee.

I, *Bobby Ford*, have been offered protective custody but I do not want to be classified or housed under protective custody status. I do not feel threatened or endangered by other inmates in general population in division eleven.

X *Bobby Ford*      OFC. *C____* /OFC. Cuellar

Detainee Signature     Witness

Div. 1

*[Supervisor signature]*

Supervisor's Signature

SIGNATURE:

Exh. 046



# COOK COUNTY DEPARTMENT OF CORRECTIONS
## MEMORANDUM

| DATE: | November 29, 2011 |
|---|---|
| TO: | John Mueller -- Program Services |
| FROM: | The Legal Office |
| Case: | People vs Bobby Ford |
| Case No. | 11 CR 17133 |

We have received pending litigation concerning the above referenced case. Please forward copies of any and all information, which may fall under your control to the attention of Tracey B. Williams (extension #7896/Fax #3991) in the Legal Office. Your response is needed as soon as possible!

| Check if NOT found | Check if found | *Copies only of Requested Documents:* |
|---|---|---|
| | ✓ | Grievances |
| | ✓ | Grievances Processed as Requests |
| | | |
| | | Bobby Leon Ford #2011-0808129 |
| | | |
| | | |
| | | |

Your signature below indicates that a *diligent* search was conducted of the above requested documents.

PRINT *Charlotte Whittington*   STAR # *Clv*   DATE *29 Nov 11*

SIGNATURE *Charlotte Whittington*   STAR # *Clv*   DATE *29 Nov. 11*

EXh. 047

Exhibit-48

| 38-4 | 12AUG2011 |
|---|---|
| (Court Branch) | (Court Date) |

**FELONY**                                                     CCCR N662-125M-6/28/02 (23440565)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of Illinois
                          Plaintiff                    **COMPLAINT FOR PRELIMINARY EXAMINATION**

v.                                         NO. **11123953**

BOBBY L FORD
_____
        Defendant

FOOD 4 LESS (MICHAEL ANDERSON)
_____  complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

BOBBY L FORD              6505 S. EBERHART AVE CHICAGO IL 60637
(Defendant)                        (Address)                       has, on or about

06-Aug-2011      at      ~~FOOD 4 LESS~~ 112 W 87TH ST CHICAGO ~~IL~~ 60620  Illinois Cook County
(Date)                          (Place of offense)

committed the offense of                RETAIL THEFT - ~~LESS THAN $300~~              in that he/she
total retail value

KNOWINGLY TOOK POSSESSION OF/CARRIED AWAY MERCHANDISE, misc Beverages ~~BOTTLED WATER, ICE, RC COLA, COUNTRY TIME~~ with the
~~LEMONADE, AND SUNKIST, VALUED AT~~ UNDER $300 USC, OFFERED FOR SALE IN FOOD 4 LESS, A RETAIL
MERCHANTILE ESTABLISHMENT WITH THE INTENTION OF DEPRIVING THE MERCHANT PERMANENTLY OF THE BENEFIT
OF MERCHANDISE WITHOUT PAYING FULL RETAIL VALUE OF SUCH MERCH. AND PASSING THE LAST POINT OF ~~SALE~~ purchase

Defendant has a prior ~~prior Conviction~~ Merchandise for retail theft
under case number 10CR 00412.

| In violation of | 720 | ILCS | 5.0 | / | 16A-3-A |
|---|---|---|---|---|---|
| | (Chapter) | | (Act) | | (Section) |

**FILED**
Br. 1, CBC·2650 S. Califo...

AUG 08 2011

DOROTHY BROWN
CLERK OF CIRCUIT COURT

CHARGE CODE

Michael Anderson
(Complainant's Signature)

124 W 87th St Chicago IL 60620 773-358-48...
(Complainant's Address)              (Telephone No.)

Michael Anderson
(Complainant's Name Printed or Typed)

**STATE OF ILLINOIS**  } ss.
**COOK COUNTY**

being first duly sworn, _____     on oath, deposes and says the he/she read the foregoing
complaint by him/her subscribed and that the same is true.

Michael Anderson
(Complainant's Signature)

Subscribed and sworn to before me   6th  of  August            , 2011

D Brown/ ...... 6889
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there
is probable cause for filing same. Leave is given to file said complaint.

Summons Issued,          Judge_____
       or
Warrant Issued,          Bail set at, _____
       or                                                               Judge's No.
Bail set at _____   Judge _____
                                                                        Judge's No.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

1    THE CLERK:  Bobby Ford.

2                    (Witnesses sworn.)

3    THE COURT:  Good morning, sir.  Are you Bobby

4    Ford?

5    THE DEFENDANT:  Yes, I am.

6    THE COURT:  Mr. Ford, you are charged with retail

7    theft.  Mr. Sillins, have you reviewed the proposed

8    amendments to the complaint?

9    MR. SILLINS:  Yes, I have, your Honor.  I waive

10   reswearing, reverification.

11   THE COURT:  The amendments are allowed.

12               State, you may proceed.

13               ANTHONY SAFFORD,

14   called as a witness, having been first duly sworn, was

15   examined and testified as follows:

16               DIRECT EXAMINATION

17               BY MS. HUGHES:

18   Q.   Sir, please state your name, spelling your

19   last name for the record.

20   A.   Safford, S-a-f-f-o-r-d.

21   Q.   And your first name?

22   A.   Anthony, A-n-t-h-o-n-y.

23   THE COURT:  Sir, keep your voice up so we can all

24   hear you.  If you are asked a question that you don't

2

*Exh. 49*

1    understand, just let me know.

2    BY MS. HUGHES:

3        Q.    Sir, who are you currently employed by?

4        A.    Food 4 Less, theft prevention.

5        Q.    Is Food 4 Less a retail mercantile

6    establishment licensed to do business in Illinois?

7        A.    Yes.

8        Q.    The Food 4 Less that you work at, is that

9    located at 112 West 87th Street in Chicago, Cook County,

10   Illinois?

11       A.    Yes.

12       Q.    Directing your attention to August 6, 2011 at

13   approximately 1:00 p.m., were you working at Food 4 Less

14   on that date?

15       A.    Yes.

16       Q.    Do you see anybody in court today that you saw

17   inside Food 4 Less?

18       A.    Yes.

19       Q.    Please point to that person and identify an

20   article of clothing.

21       A.    The young man in the orange Department of

22   Corrections suit (indicating.)

23       THE COURT:    The record shall reflect the in-court

24   identification of the defendant by the witness.

3

Exh. 50

1        A.    He said he did not have a receipt.  He had

2   paid for it and did not get a receipt.   And then he

3   started going crazy and we tussled, and then he was

4   handcuffed.

5        Q.    Did he have a receipt for those items?

6        A.    No.

7        Q.    And did you recover those items?

8        A.    Yes.

9        Q.    Where were they recovered from?

10        A.    The buggy.

11        Q.    And were they rung up to determine their

12   value?

13        A.    Yes.

14        Q.    Who rung them up?

15        A.    The store manager.

16        Q.    Were you present for that?

17        A.    Yes.

18        Q.    Were they under $300?

19        A.    Yes.

20   MS. HUGHES:   Nothing further of this witness.

21                 CROSS-EXAMINATION

22                 BY MR. SILLINS:

23        Q.   Mr. Anderson?

24        A.   No, Anderson is my partner.

Exh 52

1     Q.   I'm sorry.  What's your name?

2     A.   Safford.

3     Q.   You said you were observing him the whole time

4  he was in the store?

5     A.   Yes.

6     Q.   And you never saw him go to a clerk and make

7  any payment?

8     A.   No, he went past the clerk.

9     Q.   And did he tell you that he had previously

10  paid for these items?

11     A.   Yes.

12     Q.   And did you give him a chance to get his

13  receipt?

14     MS. HUGHES:  Objection.

15     THE COURT:  Overruled.

16     THE WITNESS:  We recovered the receipt, but it was

17  two weeks old.

18  BY MR. SILLINS:

19     Q.   Was the receipt found in the washroom?

20     A.   Yes.

21     Q.   At the point where you detained him, was he

22  still in the store or outside of the store?

23     A.   He was on his way out of the store.

24     Q.   So he was inside the store?

6

*Exh-53*

1    ask for representation.  I asked to represent myself,

2    and I'm still standing on that.  I'm asking for my

3    constitutional right to be preserved and acknowledged.

4        THE COURT:  We will pass it.  Let's pass this.

5               Sir, do not discuss your testimony with

6    anybody.

7               (Whereupon, the case was

8               passed and recalled.

9        THE CLERK:  Recall on Bobby Ford.

10       THE COURT:  All right.

11           Mr. Ford, I had passed your case.

12   Mr. Ford, I remember that there was a defendant who

13   wanted to go pro se who asked me about it on the last

14   court date.  I did not realize though that you were that

15   defendant.  In fact, I had mentioned to the public

16   defender, Mr. Baker, that the defendant on that case

17   that that matter had been dismissed.  As I said, I did

18   not realize it was you.

19           Mr. Sillins, did you want to say

20   something?

21      MR. SILLINS:  I would just say for the record that

22   when I was in back interviewing Mr. Ford, he did not

23   tell me he wanted to go pro se or I would have told you

24   so.

8

Eyh 55

1    door, what distance is that?

2        A.   About 10 feet.

3        Q.   You said that the defendant was at customer

4    service at the time that you stopped him?

5        A.   Yes.

6        Q.   What did you ask the defendant at that time?

7        MS. HUGHES:  Objection, beyond the scope.

8        THE COURT:  Sustained.

9    BY THE DEFENDANT:

10       Q.   Did the defendant at the time you seen him was

11   he walking outside of the store?

12       MS. HUGHES:  Objection, asked and answered.

13       THE COURT:  Overruled.

14       THE WITNESS:  He was on his way out of the door.

15   When the cashier called the manager, they called the

16   defendant back over to the customer service and that's

17   when we came out.

18   BY THE DEFENDANT:

19       Q.   So the defendant was trying to exit this door

20   with the merchandise?

21       A.   Yes, he was.

22       Q.   Do you have this on film?

23       A.   Yes, we do, and I am sure the state's attorney

24   has it also.

32

Exh. 058

1      Q.    You stated earlier that the defendant had --

2   you had found a receipt that the defendant had; is that

3   correct?

4      A.    I never stated that.  Who said that?

5      Q.    You stated earlier in your statement that you

6   found a receipt in the bathroom?

7      A.    Yeah, later on after everything was over with

8   we found the receipt.

9      Q.    Did the defendant tell you --

10     A.    Can I answer the question?

11   THE COURT:  Let him finish his answer.

12   THE WITNESS:  We found the receipt because the

13   defendant stated that he paid for the merchandise and

14   his receipt was in the bathroom.  But the receipt we

15   found was two weeks old.  That's the receipt we had.

16   BY THE DEFENDANT:

17     Q.    Did the defendant tell you at the time that he

18   had paid for the merchandise and needed to use the

19   bathroom, and had went to the bathroom and there at that

20   time possibly lost the receipt inside the bathroom?

21   MS. HUGHES:  Objection.

22   THE COURT:  Sustained.  Ask another question.

23   BY THE DEFENDANT:

24     Q.    Did the defendant tell you at the time that

33

Exh-059

1    the cashier had informed him to go over to customer

2    service and explain the situation to the lady at

3    customer service?

4         MS. HUGHES:  Objection.

5         THE COURT:  Sustained.  Ask another question.

6    BY THE DEFENDANT:

7         Q.   Did the defendant at the time try to attack

8    you or your partner at any time?

9         MS. HUGHES:  Objection.

10        THE COURT:  Sustained.  I have been sustaining

11   these objections because the questions are not relevant

12   to the charge against you.  Just so you understand, they

13   are not relevant.  That is the basis for sustaining the

14   objections.  You may continue.

15   BY THE DEFENDANT:

16        Q.   At the time you stated that the defendant was

17   trying to go outside of the store, did the defendant

18   have any merchandise on his person?

19        A.   Yes.

20        Q.   Where did I have this alleged merchandise on

21   me?

22        A.   It was in the buggy.

23        Q.   It was in a buggy?

24        A.   Yeah, it was in a buggy.

34

Exh 060

Chicago Police Department - ARREST Report

CB #: 18205191

FORD, Bobby

**ARREST REPORTING**

**PROPERTIES**

**Confiscated Properties :**

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    FORD, Bobby,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT#10034; IN SUMMARY THE R/O RESPONDED TO A CALL OF BATTERY IN PROGRESS. STORE SECURITY OFFICERS FIGHTING WITH A SHOPLIFTER. THE ARRESTEE WAS TAKEN INTO CUSTODY ON THE SIGNED COMPLAINTS. THE ARRESTEE WAS DETAINED BY STORE SECURITY AFTER PASSING THE LAST POINT OF PAYMENT WITHOUT PAYING FOR TWO CASES OF WATER (24 BOTTLES PER CASE),NINE BAGS OF ICE, HAVING A RETAIL VALUE OF $58.91 DOLLARS. THE ARRESTEE RESISTED ARREST BY THE STORE SECURITY OFFICER ANDERSON (COMPLAINT/ VICTIM). THE ARRESTEE ALSO KICKED VICTIM ANDERSON WITH HIS FEET CAUSING INJURY TO THE VICTIMS ANDERSON LOWER LEFT LEG.THE ARRESTEE WAS TRANSPORTED TO THE 6TH DISTRICT FOR PROCESSING. THE ARRESTEE IS ON PAROLE PER IR# 597130,  IDOC OFFICER GLENN POTTER NOTIFIED AND STATED THAT A WARRANT WILL NOT BE ISSUE AT THIS TIME @ 1437 HRS. ARRESTEE HAS NO WARRANTS OR INVESTIGATIVE ALERTS. FELONY CHARGES APPROVED BY ASA O'MARA @ 1453 HRS. ARRESTEE IS NOT ON TRAP OR GIPP LIST. ARRESTEE HAS $351.00 USC ON HIS PERSON. ARRESTEE PERSON PROPERTY #12385909,12385913,12385917, STORE RECIET,AND PHOTO OF PROCEEDS INVENTORY #12385907.

SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS

**COURT INFO**

Desired Court Date:    12 August 2011

Branch:  38-4    727 E 111TH ST - Room

Court Sgt Handle?  Yes

Initial Court Date:    08 August 2011

Branch:  CBC-1  2600 S CALIFORNIA - Room

Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

**REPORTING PERSONNEL**

**ARRESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

Attesting Officer:    #18360    DOTSON, L L (PC0G513)    06 AUG 2011 17:02

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| 1st Arresting Officer: | #18360 | DOTSON, L L (PC0G513) | 0634 |
| 2nd Arresting Officer: | #6889 | ROBERTS, B D (PC0AE42) | 0634 |

**APPROVING SUPERVISOR:**

Approval of Probable Cause :  #312    LEWISON, J A (PC0D763)    06 AUG 2011 17:29

Exh.062

**Chicago Police Department - Incident Report**   RD #: 35013

| OTHER PROPERTIES | | | |
|---|---|---|---|
| **Property #2** | | **Possessor/User: Ford, Bobby L** | |
| Quantity: 2 | Estimated Value: $2.50 | Used as Weapon? No | |
| | | Taken/Stolen? Yes | |
| Description: 24 Pack Of Water | Owner: (Firm) Food 4 Less | Recovered? No | |
| | Property Type: Other | | |
| **Property #3** | | **Possessor/User: Ford, Bobby L** | |
| Quantity: 4 | Estimated Value: $3.34 | Used as Weapon? No | |
| | | Taken/Stolen? Yes | |
| Description: 1/2 Ltr Country Time Lemonade | Owner: (Firm) Food 4 Less | Recovered? No | |
| | Property Type: Other | | |
| **Property #4** | | **Possessor/User: Ford, Bobby L** | |
| Quantity: 2 | Estimated Value: $3.34 | Used as Weapon? No | |
| | | Taken/Stolen? Yes | |
| Description: Hawaiian Punch | Owner: (Firm) Food 4 Less | Recovered? No | |
| | Property Type: Other | | |
| **Property #5** | | **Possessor/User: Ford, Bobby L** | |
| Quantity: 1 | Estimated Value: $3.33 | Used as Weapon? No | |
| | | Taken/Stolen? Yes | |
| Description: Sunkist | Owner: (Firm) Food 4 Less | Recovered? No | |
| | Property Type: Other | | |
| **Property #6** | | **Possessor/User: Ford, Bobby L** | |
| Quantity: 2 | Estimated Value: $3.34 | Used as Weapon? No | |
| | | Taken/Stolen? Yes | |
| Description: Rc Cola | Owner: (Firm) Food 4 Less | Recovered? No | |
| | Property Type: Other | | |

**NARRATIVES**

EVENT # 10034 IN SUMMARY R/O RESPONDED TO A CALL OF A BATTERY IN PROGESS AT THE FOOD 4 LESS LOCATED AT 112 W 87TH ST. WHEN R/O ARRIVED BOBBY FORD(OFFENDER) WAS ALREADY IN CUSTODY WITH THE FOOD 4 LESS SECURITY. R/O THEN INTERVIEWED TAMMY HATTER (WITNESS) THE MANAGER OF FOOD 4 LESS. MS. HATTER STATED THAT BOBBY FORD WALK PAST THE CASH REGISTER WITH A CART FULL OF THE ABOVE NAMED ITEMS. AT THIS POINT JACKIE CROWELL, A CASHIER, STOPPED BOBBY FORD. THE OFFENDER THEN STATED TO MS. CROWELL THAT HE HAD ALREADY PAID AND CONTINUED BY MS. CROWELL AND THE LAST POINT OF PAYMENT THE CASH REGISTER. AT THIS TIME JACKIE CROWELL MADE TAMMY HATTER AWARE AND MS. HATTER DETAINED THE OFFENDER. WHILE MS. HATTER WAS TALKING TO MR. FORD MICHAEL ANDERSON (VICTIM AND COMPLAINANT) IDENTIFIED HIMSELF AS STORE SECURITY AND ATTEMPTED TO PLACE MR. FORD IN CUSTODY. ACCORDING TO MICHAEL ANDERSON (VICTIM AND COMPLAINANT) A STRUGGLE ENSUED. DURING THE STRUGGLE THE OFFENDER KICKED MR. ANDERSON IN THE LOWER LEG 2-3 TIMES. MICHAEL ANDERSON (VICTIM AND COMPLAINANT) WAS THEN ABLE TO DETAIN MR. FORD. R/O THEN TOOK BOBBY FORD(OFFENDER) INTO CUSTODY UPON SIGNED COMPLAINTS AND TRANSPORTED HIM TO THE 6TH DISTRICT FOR PROCESSING. FURTHER INVESTIGATION REVEALED THAT BOBBY FORD WAS ON PAROLE GENE POTTER FROM IDOC WAS NOTIFIED AT @ 1437HRS NO WARRANT WILL BE ISSUED AT THIS TIME. FELONY UPGRADE APPROVED @ 1453HRS ASA O'MARA COURT DATE OF 12AUG11 BRANCH 38-4. CB# 18205191
REPORTING OFFICER - STAR#: 18360 NAME: LARRY DOTSON BEAT: 0634
ASSISTING OFFICER - STAR#: 9264 NAME: EDWARD O NEILL BEAT: 0611
ASSISTING OFFICER - STAR#: 12313 NAME: FERNANDO SOTO BEAT: 0611

Exh. D64

**PROPERTY INVENTORY - NO.**
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 10/09)

INV NO **12385909**

PKG NO. **2727327**

RD **HT435013**

RE-INVENTORY OF:

UNIT **006**

INVENTORY NO **12385909**

DATE RECOVERED **06-AUG-2011**

ITEM ID **5064926**   QUANTITY **1**

**DESCRIPTION OF PROPERTY**

PRISONER MONEY- BUNDLE OF USC

COMMENTS: ARRESTEE TRANSPORTED TO ST BERNARDS HOSPITAL

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

$ DEPOSITED AMT
351.00

$ INVENTORY AMT
351.00

$351.00

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET              CITY         STATE        ZIP

UCR **0860**       **THEFT RETAIL THEFT**

STATE CHARGES: **720 ILCS 5.0/16A-3-A**

CHARGE TYPE: **FELONY**
INCHOATE:
BEAT OF RECOVERY
**632**

OFFICERS SIGNATURE - STAR - UNIT
X
WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

OFFERED/SEIZED FROM - NAME   **FORD, BOBBY**
DECEASED   [X] ARRESTED

COURT ORDER - DISPOSAL INSTRUCTIONS

X PROPERTY AVAILABLE FOR RETURN TO OWNER

OWNERS NAME   **FORD, BOBBY**

ADDRESS       **AT 112 E 8TH ST**
              **CHICAGO, IL 60619**

TELEPHONE NO.

UNIT **006**

FOUND BY - NAME  **DOTSON, LARRY**   Star: **18360**

ADDRESS

SIGNATURE
Electronic Approval

TELEPHONE NO.   STAR NO. **6889**   UNIT **044**   CT BR.

CHECK IF
X C.P.D.
CHECK IF

2nd OFFICER'S NAME
**ROBERTS, BRENDAN**
SIGNATURE
Electronic Approval

X HOLD FOR INVESTIGATION
AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER -   STAR NO.

UNIT   1st OFFICER'S NAME
**DOTSON, LARRY**

STAR NO. **18360**

OFFICER'S SIGNATURE - STAR   UNIT
X

SEE COPY 4 FOR NOTICE TO FINDER

TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE; NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

INITIAL DESTINATION OR DISPOSITION OF PROPERTY:

VIA   X   POLICE MAIL
          E & RPS PICKUP

RECOVERING UNIT PERSONNEL
EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT
**OKONSKI, RAYMOND**

STAR NO. **1076**

DATE **06-AUG-2011**

TIME **17:09**

E. & R.P.S USE ONLY

Created by: PC06013

**COPY 1 - KEEP WITH PROPERTY**

Printed by: II.0165ARIMP   12-SEP-2011 07:53

Court Date   **12-AUG-2011**
Court Branch **38-4**

CURRENCY:

Exh 072